FILED

1  Dr.Veronica McCallup DSc
2  In Pro per
   1042 N. Mountain Ave
3  Upland, CA 91786
   504-405-6513
4  vmccallup@yahoo.com

5              **UNITED STATES DISTRICT COURT**
                        for the
6              Eastern District of Virginia
                   Richmond Division
7

8                  Case No. 3:20 cv 753
             Jury Trial:  Yes

9  The ESTATE of Jerry Theodore McCallup Jr.

10 Dr. Veronica McCallup DSc Administrator

11                      Plaintiff (s)

12 -V-

13 -ENVOY OF Williamsburg

   And Affiliated Businesses
14
   -Scarlett Huang (compliance officer)
15
   -Brain L. Stevenson Jr
16
   -ENVOY Corporate Offices
17
   -City of Williamsburg Department of Human Services
18
   -The State of Virginia Attorney General – Mark R. Herring
19
   County Attorney for Williamsburg and James City County
20
   -Adam Kinsman
21
   -"Ciera"
22
   -Brittany Moore
23
   -Consulate Heath Care
24
   -Sentara Health Care
25
   -Jerry Theodore McCallup III
26
   -Deborah Al-Jarboua
27
   -Jeremy Mccallup
28 Jeremy McCallup Wife

   -Fahad Al-Jarboua

   -Judge Williamsburg

   - Deborah Al-Jarboua Mother
   - Deborah Al-Jarboua Brother

1   -Wendy Evans Williamsburg department of Human services
2   - United States Army Fort Bragg- NORMANDY DR. NORTH CAROLINA
3   28310-0000
4   All Responsible Parties Jointly, Individually, In official
5   capacity, Et, Al
6   I preserve my rights to add parties as they are discovered
                        Defendant(s)
7
8                   **COMPLAINT FOR A CIVIL CASE**
    Supreme Court found that pro se pleadings should be held to "less
9   stringent standards" than those drafted by attorneys. pro se
    litigants' pleadings are not to be held to the same high
10  standards of perfection as lawyers. Maty v. Grasselli Chemical
    Co., 303 U.S. 197 (1938) "Pleadings are intended to serve as a
11  means of arriving at fair and just settlements of controversies
    between litigants. "Pleadings in this case are being filed by a
12  Plaintiff in Propria Persona, wherein pleadings are to be
    considered without regard to technicalities. Propria, pleadings
13  are not to be held to the same high standards of perfection as
    practicing lawyers. See Haines v. Kerner 92 Sct 594, also See
14  Power 914 F2d 1459 (11thCir1990), also See Hulsey v. Ownes 63 F3d
15  354 (5th Cir 1995). also See In Re: HALL v. BELLMON 935 F.2d 1106
    (10th Cir. 1991)."
16

17              **I. The Parties to This Complaint**
18  **A. The Plaintiff(s)**
    1.
19  Name: Estate of Jerry Theodore McCallup Jr
    Street Address: 1042 North Mountain Ave
20  City and County: Upland, CA 91786
    State and Zip Code: California 91786
21  Telephone Number: 504-405-6513
    E-mail Address: vmccallup@yahoo.com
22  2.
    Name: Dr. Veronica McCallup DSc Executor/Administrator
23  Street Address: 1042 North Mountain Ave
24  City and County: Upland, CA 91786
    State and Zip Code: California 91786
25  Telephone Number: 504-405-6513
    E-mail Address: vmccallup@yahoo.com
26  3.
    CTI, Inc/ CTI chemicals and Allied Products, Inc
27  Street Address: 1042 North Mountain Ave
28  City and County: Upland, CA 91786

State and Zip Code: California 91786
Telephone Number: 504-405-6513
E-mail Address: vmccallup@yahoo.com

**B. The Defendant(s)**
Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

4. Envoy of Williamsburg

1235 S. Mount Vernon Ave, Williamsburg, VA 23185 757-229-4121

5. Sentara Health Care

6015 Poplar Hall Dr, Norfolk, VA 23502

6. City of Williamsburg

Department of Human Services social services Division

401 Lafayette Street, Williamsburg, VA 23185-3617

7. Brian L. Stevenson Jr

1235 S. Mount Vernon Ave, Williamsburg, VA 23185 757-229-4121

8. Scarlett Huang (compliance officer)

1235 S. Mount Vernon Ave, Williamsburg, VA 23185 757-229-4121

9. The State of Virginia Attorney General – Mark R. Herring

202 North Ninth st, Richmond, VA 23219

10. County Attorney for Williamsburg and James City County

-Adam Kinsman

101 Mounts bay Rd building D, Williamsburg, VA 23185 757-253-6612

11. County of James city county

Commonwealth Attorney and Board of Supervisors

101 Mounts bay Rd building D, Williamsburg, VA 23185 757-253-6612

12. Consulate Health Care

800 Concourse Parkway, Maitland, FL 32751

13. Ciera

1235 S. Mount Vernon Ave

1  Williamsburg, VA 23185

2  14. Britany Moore

3  Department of Human Services social services Division

4  401 Lafayette Street,

5  Williamsburg, VA 23185-3617

6  15. Envoy affiliate corporations

7  16.  Deborah Shelton Al-Jarboua c/o Britany Moore

8  Department of Human Services social services Division

9  401 Lafayette Street,

10  Williamsburg, VA 23185-3617 LKA OCALA, FLORIDA

11  17. Jeremy McCallup c/o Britany Moore

12  Department of Human Services social services Division

13  401 Lafayette Street,

14  Williamsburg, VA 23185-3617

15  18. Fahad Al-Jarboua c/o Britany Moore

16  Department of Human Services social services Division

17  401 Lafayette Street,

18  Williamsburg, VA 23185-3617

19  19. Jerry Theo McCallup III c/o Britany Moore

20  Department of Human Services social services Division

21  401 Lafayette Street,

22  Williamsburg, VA 23185-3617 LKA COLORADO SPRINGS, CO

23  20. Judge Williamsburg 5201 Monticello Ave Williamsburg, VA 23188

24  21. United States Army Fort Bragg- NORMANDY DR. NORTH CAROLINA

25  28310-0000

26  22. The doctors in charge of care and doctors who cared for Mr.

27  Jerry Theodore McCallup Jr.

28  23. Police that took Mr. Jerry Theodore McCallup From his home.
   425 Armistead Ave. Williamsburg, VA 23185. Phone: (757) 220-2331.

24. Sheriffs James City County Government Center 101 Mounts Bay Road Williamsburg, VA 23185

25. williamsburg Human services 401 Lafayette St Williamsburg VA 23185-3617

26. Wendy Evans 401 Lafayette St Williamsburg, VA 23185-3617

27. Any and all insurance policies of plaintiff Jerry Theodore McCallup Jr

28. Plaintiff reserve the right to add unknown parties

29. Jeremy McCallup's Wife

## COMPLAINT FOR CIVIL CASE

**COMES NOW,** The ESTATE OF JERRY THEODORE MCCALLUP JR, by and through Administrator, Power of Attorney, Medical Power of Attorney, Beneficiary, IN PRO PER, and brings the following action against defendants individually and jointly and in official Capacities and seeks answers and accountability and allege as follows:

I.    That the State of Virginia with its corporations, employees, doctors, hospitals and agents; had to give the entire family, business liaison, and x-wives of Plaintiff Jerry Theodore McCallup JR notice prior to any and all court hearings, prior to any court actions, hospitalizations, adult protective service action, because they may have interest.

II. That Jerry Theodore McCallup Jr has always been a healthy man from a healthy athletic family and retired from the U.S. Military after 24-25 years on a regular retirement. He continued working as a civilian after the military retirement, until another retirement. He was an avid golfer and golf often. He even bought a home between two (2) golf courses. The McCallup's Great grand Father owned a Golf course in Arkansas.

III. Jerry Theodore McCallup Jr and sister started a business in 1985 in Detroit Michigan called CTI, Inc and incorporated the business in Illinois as CTI Chemicals and Allied Products, Inc. until present and thereby, plaintiff asserts that the plaintiffs has alleged loss of support in this complaint, and can recover damages because the individuals named as the representatives of the estates can show reasonable expectation of receiving support from the decedents.

IV. Jerry Theodore McCallup Jr, was a resident of several states because of the military and business involvement. Jerry Theodore McCallup Jr was raised in Detroit, Michigan. On or about 2010 Jerry Theodore McCallup Jr; witnessed by several attorneys and notary, made his sister Dr. Veronica Renee McCallup DSC, his Power of Attorney and His Medical Power of Attorney. In 1967 Jerry Theodore McCallup Jr made Dr. Veronica McCallup DSc his Beneficiary and never changed it even after two (2) failed marriages; Dr. Veronica Renee McCallup DSc remained his Beneficiary on all his military records and property and assets. Dr. Veronica Renee McCallup DSC name is also on Jerry Theodore McCallup Jr Savings Bonds for over fifty (50) years.  Jerry Theodore McCallup Jr and Dr. Veronica Renee McCallup DSC had remained close and business partners all their lives.

V. Dr. Veronica Renee McCallup DSC has went to several Universities and Married and raised family and lived in states with Jerry Theodore McCallup Jr and in states without Jerry Theodore McCallup Jr. Mr. Jerry Theodore McCallup Jr and Dr. Veronica Renee McCallup DSc grew up in the same humble home and slept in the same bed. She slept on his head.

VI. Plaintiffs believe that during between 2018-2019 Mr. Jerry Theodore McCallup Jr. continually requested and demanded the presence of Dr. Veronica Renee McCallup DSc while hospitalized and during court proceedings and until death. But defendants

refused his rights/ and his last rights, and blocked the presence of Dr. Veronica Renee McCallup DSc, so, that defendants could obtain property and moneys (as they did at plaintiffs fathers death, where Dr. Veronica McCallup DSc was also father's beneficiary).   Mr. Jerry Theodore McCallup Jr uncle was Congressman John Conyers and if there was a court proceeding for adult protective services, he would have contacted his sister; Dr. Veronica Renee McCallup DSc, to contact counsel and or Congress in 2018-2019.

VII. Plaintiff Jerry Theodore McCallup Jr asserts a fourth amendment violation. Defendants couldn't begin legal proceeding for protective services with fabricate evidence by non-family and initiators. *Manuel v. City of Joliet, Ill.,* 137 S. Ct. 911, 915 (2017). Fabricated evidence was the only evidence the judge relied on during the probable-cause hearing, that resulted in Plaintiffs Jerry Theodore McCallup Jr, being placed into adult protective service and the Judge failed to locate and identify Dr. Veronica Renee McCallup DSc who would have taken plaintiff Jerry Theodore McCallup Jr. out of/away from Virginia and to California or Michigan. But defendants didn't want that. They wanted the Plaintiff Jerry Theodore McCallup Jr where they could find his money. The Supreme Court granted certiorari deciding "whether an individual's Fourth Amendment right to be free from unreasonable seizure continues beyond legal process so as to allow a malicious prosecution claim based upon the Fourth Amendment." *Id.* at 924 (J. Alito dissenting) and it did. Defendants failed to give due process and notice to all Plaintiff Jerry Theodore McCallup Jr Family members and determine what options were available.

Justice Kagan's majority opinion answered affirmatively, over Justice Alito's dissent. The majority has two parts. First, the

majority held, "if the complaint is that a form of legal process
resulted in pretrial detention unsupported by probable cause,
then the right allegedly infringed lies in the Fourth
Amendment." *Id.* at 919. The majority explained "legal process"
covers any proceeding, including grand-jury indictment or
preliminary examination, where the proceeding lacks probable
cause because it's tainted by fabricated evidence.

The majority stated, "the contours and prerequisites of a §1983
claim, including its rule of accrual, courts are to first look to
common law torts" leading to the adoption of "wholesale the rules
that would apply in a suit involving the most analogous tort."

VII. Plaintiffs are Native Indians and are federally protected
and entitled to Religious rights. The American Indian Religious
Freedom Act, Public Law No. 95-341, 92 Stat. 469, codified at 42
U.S.C. § 1996, is a United States federal law. Plaintiffs were
refused Religious rights, Religious diet, and sister to do
religious last rights of passage or any Native tribe in the
Virginia area. There are ten(10) Native tribes very close to
Williamsburg Virginia.

VIII. Plaintiff Jerry Theodore McCallup Jr could have went to
live with Dr. Veronica Renee McCallup DSC (in the pass they have
lived together many times. Jerry Theodore McCallup Jr has even
asked Dr. Veronica Renee McCallup DSC to allow his son Jerry
Theodore McCallup III to live with her and she opened her door to
this nephew). So caring for her only brother was normal. Treating
her only brother at other medical facilities outside of Virginia
was no problem. If Jerry Theodore McCallup Had a serious medical
issue, defendants could have stabilized Jerry Theodore McCallup
Jr and our cousin Jerome Morgan would have picked him up in a
plane and flew him HOME or Dr. Veronica McCallup DSc could have
had him air lift to a better medical facility within 1-2 (2018-

2019) years. Dr. McCallup DSC has friends with planes that would have flew him HOME at anytime. Dr. Veronica McCallup DSC or the Chief of Staff at Detroit Medical Center, Dr. Michael Wood MD, would have and could have personally came or helicopter Mr. Jerry Theodore McCallup Jr in, from any where, from Virginia to Michigan to Chicago to California; for medical care and better medical care with in one-two years.

IX. In This lawsuit discovery , facts are unravels like the Novel/Movie "MISERY".  During a blizzard, Paul crashes his car (Plaintiff Jerry McCallup Jr will not allow defendant Jeremy McCallup to have his house) and is met by a cheerful loner named Annie Wilkes (Kathy Bates),(Defendants) who calls herself his "biggest fan" and sets about nursing him back to health. However, things take a turn once Annie discovers that Paul has killed off his character(plaintiff Jerry Theodore McCallup JR wanted to move back to illinois) Misery — and Paul (Plaintiff Jerry Theodore McCallup JR)  discovers, in turn, that his caretaker (defendants) has a very dark past. Annie holds Paul hostage in her isolated home, forcing him to (take drugs/poisons to native Americans) write a new novel in which the heroine survives (causing Plaintiff to remain in virginia incapacitated). The iconic ankle-smashing scene arrives when Annie realizes that Paul is plotting an escape. After drugging him and strapping him to his bed, she calmly tells Paul about the practice of "hobbling," once used in African diamond mines on workers who tried to run off with the goods. As Paul begs for mercy, she wedges a piece of wood between his legs and picks up a sledgehammer, assuring Paul, "It's for the best." Then she brings down the hammer and breaks his ankles in two swift strokes. "God, I love you," she purrs as he writhes in agony.

X. Plaintiffs have learned that defendants Envoy of Williamsburg was in serious major medical violations and state violations and federal violations in 2018 - 2019. However, after being cited, no agency returned to recheck the violations prior to Jerry Theodore McCallup Jr wrongful death. Plaintiffs also learned that another person at the same facility died in the same month of Jerry Theodore McCallup Jr death.

XI. Plaintiff Jerry Theodore McCallup Jr is Native American and NOT an alcoholic and DOES NOT use medications. Defendant Deborah Al-Jarboua advised, suggested, prescribed, led others defendants to believe that Plaintiff Jerry Theodore McCallup Jr should be mal-treated and doped up. Plaintiff Jerry Theodore McCallup Jr didn't want that woman around him. Jerry Theodore McCallup Jr told Dr. Veronica Renee McCallup DSc, that defendant Deborah Al-Jarbuoa had put something in his food. Dr. Veronica Renee McCallup DSc began sending Jerry Theodore McCallup Jr. Native American treatments to cleans his system and blood and urine.

XII. Defendant Deborah Al-Jarboua became infuriated; when Jerry Theodore McCallup Jr didn't want her around and she caused the protective order to be instituted by and through defendants: Jeremy McCallup, Fahad Al-Jarboua and Britany Moore of the Williamsburg department of Human social services.

XIII. Plaintiff Dr. Veronica McCallup DSC was never contacted nor told of these actions. Dr. Veronica McCallup DSc wasn't told of her brothers' Death nor of the cremation to hide the poisons defendant Deborah Al-jarboau and defendant Envoy of Williamsburg doctors forced upon Jerry Theodore McCallup Jr. by and though Williamsburg department of social services and williamsburg police.

XIV. When Plaintiff Dr. Veronica McCallup DSc found out about Jerry Theodore MCCallup Jr death; it was on social media and texted to other people. Plaintiff Dr. Veronica McCallup DSc did

obtain some medical files that has conversations between
defendants Deborah Al-Jarboua (and thereby, Fahad Al-jarboau) and
Defendant Britany Moore (and defendant "Evans) of the county of
James City and city Williamsburg. Defendants Deborah Al-Jarboua
and defendant Britany Moore used the defendants Williamsburg
police and Williamsburg sheriffs to force medications into
plaintiff Jerry McCallup Jr.

XIII. Plaintiff Jerry Theodore McCallup Jr. was forced medicines
but was able to make it home the first time.

XIV. Defendants came after him again to force him into Envoy of
Williamsburg while they were in violation of Federal and State
codes ordinances rules laws. After Plaintiff was kidnapped again
and forced medication and other things and he told them
(defendants: Jeremy McCallup, Britany Moore, "Evans", city of
Williamsburg, James city, james city county, Fahad Al-Jarboua and
Deborah Al-jarboua) that he wasn't taking ANY PHARMACEUTICALS.
But they needed him dead. The goal was his death. They never
located Plaintiff Dr. Veronica Mccallup DSC to see if she could
make him take drugs/pharmaceutical or even to talk to Jerry
Theodore McCallup Jr about his health if they were really
concerned.

XV. The defendant Envoy of Williamsburg told plaintiff Dr.
Veronica Renee McCallup DSc that "they" (defendants Fahad Al-
Jarboua and Jeremy McCallup) was trying to get him to tell them
where his money was. Defendants at Envoy of Williamsburg told
plaintiff Dr. Veronica McCallup DSc on the phone, That; they knew
he had more money and that even Envoy of williamsburg knew, he
had other money; but none of the defendants were able to locate
the money nor the insurance policies and bank accounts. Plaintiff
Jerry Theodore McCallup Jr. had a vehicle that somebody has and
Plaintiff Dr. Veronica Renee McCallup DSc stop payments on it.
XVI. Plaintiff Dr. Veronica Renee McCallup DSc attempted to reach

-11-

1  Fahad Al-Jarboua an army recruiter out of Fort Bragg N. Carolina
2  by contacting military records in St. Louis who located defendant
3  Fahad Al-Jarboua and gave him Plaintiffs Dr. Veronica Renee
4  McCallup DSc phone number. Plaintiff Dr. Veronica Renee McCallup
5  left the message that; "I just found out my brother has died I'm
6  trying to obtain information about what happened". Defendant
   Fahad Al-Jarboua called plaintiff Dr. Veronica Renee McCallup DSC
7  and said "you have the wrong number". The military, fort braggs
8  located him, Plaintiff didn't. He was going to Defendant Envoy of
9  Williamsburg pretending to be Jerry Theodore McCallup Jr son
10 (Jerry the III) "in uniform" and thereby obtaining HIPPA PHI
11 documents and information and passing that information to
12 defendant Deborah Al-jarboua via phone text social media.
13 XVII. Defendants, Envoy of williamsburg told Plaintiff Dr.
   Veronica Renee McCallup DSc on the phone, that defendant Fahah
14 Al-jarboua was there, at defendants Envoy of Williamsburg,
15 overseeing Plaintiff's Jerry Theodore McCallup, medical care and
16 death with Envoy of Williamsburg treating doctors and medical
17 staff often, in uniform, trying to get Plaintiff Jerry Theodore
18 McCallup Jr to tell where the money was. Defendants never tried
19 to obtain better medical care for Jerry Theodore McCallup Jr.
20 They never tried to contact Dr. Veronica Renee McCallup Dsc in
21 California nor Congressman John Conyers in Washington D.C. nor
22 any Local Native Indian tribe. To locate the medicine man or the
23 chief to give last rights or care. Defendant Jeremy McCallup Has
   "Native Indian", on his birth certificate and should know that
24 Jerry Theodore McCallup Jr doesn't take medicines and thereby,
25 defendants used the social services and cops to kill plaintiff
26 Jerry Theodore McCallup Jr willfully and wantonly, and
27 intentionally.
28 XVIII. Plaintiff tried to file a wrongful death civil action in
   the Virginia state court and the Williamsburg judge rejected the

1  filings. The court wouldnot give the filing a case number. When
2  Plaintiff asked, why, the Williamsburg judge clerk would say she
3  didn't know. Plaintiff filed the case 4-5 times and the filing
4  was rejected 4-5 times.
5  XIX. Plaintiff owned a 3,500 square foot house in Williamsburg 20
6  years. Defendant Jeremy McCallup and Deborah Al-jarboua caused
7  the home to go into foreclosure and Plaintiff to become ill.
8  Plaintiff had an income of $3,400.00-$4,900.00 per month. The
9  defendant Jeremy (who may have an autism) moved plaintiff Jerry
10 Theodore McCallup Jr into motel 6 and sought to obtain $1,500.00
11 per month from Plaintiff income. After being in Motel 6 a while,
12 Defendants Jeremy McCallup and Deborah Al-jarboua sought
13 Defendant Britany Moore and the Williamsburg human services to
14 place Plaintiff into Envoy of Williamsburg.
15 XX. Plaintiff intend to show that Jeremy McCallup and Deborah Al-
16 Jarboua and Fahad Al-Jarboua co-conspired to drug Plaintiff Jerry
17 Theodore McCallup Jr. until he was non-responsive and or
18 incapacitated. And may have started the drugging in 2014 And then
19 sought to obtain more money by obtaining human services via the
20 city of Williamsburg, James city county who in turn took the
21 opportunity to obtan money for it selves from the elder Jerry
22 Theodore McCallup JR and abused the elder and denied the elder
23 the best care and alternative care. Plaintiff intend to show that
24 Defendant Jeremy McCallup is incapable of handling a life and
25 that defendants knew it. That defendant Deborah Al-Jarboua and
26 Fahad Al-Jarboua are the brains behind any treatments and actions
27 to Plaintiff Jerry Theodore McCallup JR. They never located Jerry
28 Theodore McCallup JR older son Jerry III to determine if he was
fit or a candidate to monitor care. These are All
responsibilities of social service/Human services of Williamsburg
and wendy evans and britany moore.  Jeremy McCallup is not
mentally stable, he has sometype of slowness and may have cause

plaintiff Sickness and onset of Illness by abuse. Plaintiffs are in discovery.

## Basis for Jurisdiction

• The defendant is from another state or another country, Diversity of citizenship
• The defendant is a large corporation that is being accused of violating certain federal laws, Federal question.
Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.

**A. If the Basis for Jurisdiction Is a Federal Question**
List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that Fill out the paragraphs in this section that apply to this case.
1. Wrongful death suit against a police officer for violating loved one's civil rights.

2. Suing a larger corporation for violating specific federal laws.

3. Suing a defendant from another state or another country.

**4.**42 U.S.C. 1983
**5.** VIOLATION OF FIRST AMENDMENT RIGHTS DENIED ACCESS TO THE COURT BY VIRGINIA STATE COURT
6. Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law

**7.** Title 18, U.S.C., Section 241 - Conspiracy against Rights

**8.** 18 USC 242: Deprivation of rights under color of law

**9.** HIPPA VIOLATIONS Impermissible disclosures of protected health information (PHI)

10. Fourth Amendment Violation

11. RICO 18 U.S.C. 1962

12. Violation of ELDER ABUSE 42 U.S. Code § 3058i - Prevention of elder abuse neglect, and exploitation

13. Jerry Theodore McCallup Jr should have been in a different hospital and or medical facility. Jerry Theodore McCallup Jr has a son Jerry Theodore McCallup III was was never contacted nor give notice of any court proceeding, nor asked if he could be responsible for his dads care in The State of Colorado. Jerry Theodore McCallup Jr has a sister that's a doctor and she is not asked if she could care for her brother before Jeremy Mccallup and Deborah Al-Jarboua pulls the pulg on Mr. Jerry Theodore McCallup Jr and kills him, per the human services records.

14. If Mr. Jerry Theodore McCallup Jr wasn't placed under protective custody in the first place he would be alive. If defendants had checked the identity of defendants they would have determined they were not family. If defendants had properly notified all family and bills debtors friends business for court hearings, defendants would have learned that Plaintiff Dr. Veronica McCallup DSc is Plaintiff Jerry Theodore McCallup JR.'s power of Attorney and no action could be initiated without his power of attorney. Im sure he requested "his sister".

15. Mr. Jerry Theodore McCallup Jr had properties in several states and an income of $3,900.00-$4,900.00 per month. That defendants took and caused the loss of his house and the loss of his apartment and caused him to live in a motel 6. Defendants were stealing his money and administering medications contraindicating to Plaintiffs; diet, health and religious beliefs.

16. The defendants **ABUSED AN ELDER** Jerry Theodore McCallup Jr

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

-15-

**1. The Plaintiff(s)**
a. If the plaintiff is an individual
The plaintiff, Estate of Jerry Theodore McCallup Jr, is a citizen
of the State of New Mexico.
b. If the plaintiff is a corporation
The plaintiff, CTI Chemicals and Allied Products, Inc, is
incorporated under the laws of the State of ILLINIOS,
and has its principal place of business in the State of
California.
c. Dr. Veronica McCallup DSc 1042 N. Mountain Ave, Upland , CA
91786

**2. The Defendant(s)**

a. If the defendant is an individual
The defendant, Britany Moore, is a citizen of
the State of Virginia .

b. If the defendant is a corporation
The defendant, ENVOY of Williamsburg, is incorporated under
the laws of the State of FLORIDA , and has its
principal place of business in the State of FLORIDA .
Or is incorporated under the laws of Florida, New York,
and has its principal place of business in VIRGINIA,FLORIDA, NEW
YORK .

**3. The Amount in Controversy 80.1 Million dollars and burial
expenses and travel**
The amount in controversy-the amount the plaintiff claims the
defendant owes or the amount at stake-is more than $75,000, not
counting interest and costs of court, because (explain):80.1
million dollars. See attached claims.

**III. Statement of Claim**
A. Write a short and plain statement of the claim. Do not make
legal arguments.
1. Virginia is NOT Plaintiff's Home.
2. Jeremy Mccallup, Deborah Al-Jarboua and Fahad Al-Jarboua are
NOT persons that can; initiate, control Plaintiff Jerry Theodore
McCallup Jr; money, decisions, property, legal actions, Health
care.
3. The incapacitation of Plaintiff Jerry Theodore McCallup Jr was
caused by poisons/drugs given to plaintiff Jerry Theodore
McCallup Jr. at his house/home prior to : Jeremy Mccallup,
Deborah Al-Jarboua and Fahad Al-Jarboua seeking the other
defendants involvements.

B. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. Plaintiff Dr. Veronica McCallup DSc is the Estate administrator and Executor in 4 states and has accrued cost traveling, piecing the estate together. Dr Veronica Mccallup DSc was in a business partnership with Plaintiff Jerry Theodore McCallup Jr and his death cuts Half or more of the business ventures. He handled all the military ventures. The denial of rights to notice and burial and care and last rights and survivor rights allows Plaintiff Dr. Veronica McCallup DSc damages and benefits as stated in military records and insurances.

C. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed

**CLAIM I VIOLATION OF FIRST AMENDMENT RIGHTS DENIED ACCESS TO THE COURT BY VIRGINIA STATE COURT DEMAND $3,000,000.00**

Defendants: Judge of Williamsburg, Brittany Moore, Deborah Al-Jarboua, Jeremy Mccallup, Jeremy McCallup Wife, Fahad Al-Jarboua, Williamsburg Department of Human Services social services Division, Wendy Evans Williamsburg human services, County of James city county, Brain L. Stevenson Jr  , State of Virginia

1. Plaintiffs reaffirm all said herein and state that: on or about 2018-2020 plaintiff attempted to file a civil law suit with the City of Williamsburg county of James City County and the courts refused plaintiff Dr. Veronica McCallup DSc access to the court by returning all civil claim documents petitions law suits cover letters and request.
2. Plaintiffs attempted to re-file the lawsuit modifying the claim and documents several times 4-5 times between 2019 and 2020.
3. Plaintiff verbally ask the defendants City of Williamsburg James city county, "why will you NOT file my law suit?". "why you will not place a case number on the filing ?" The defendants City of Williamsburg James City county seem to be covering up something or preventing and record of the wrongful death lawsuit of plaintiff Jerry Theodore McCallup JR.

4. Plaintiff learned that there had been another wrongful death civil lawsuit filed against the same defendants 2019 and that case seem to have disappeared from the court dockets. There was the filing then no action, no motions, no settlements, no negotiations no court dates for over 6 month.

5. Plaintiff also learned that the defendants city of Williamsburg James city county Judge of Williamsburg has **one** Judge that does what he wants to do and was also the Judge that violated Plaintiff first, fourth and fourteenth amendment right of access to the court and due process right of notice and right to appear and be heard. The judge was the Judge that placed plaintiff under protective service under which he died and where other wrongful death suits plaintiffs are dying (RICO CLAIM). And The defendant Judge of Williamsburg made his judgment on false information, tainted information, with/and given by; defendants: Brittany Moore, Jeremy McCallup, Fahad Al-Jarboua, Deborah Al-Jarboua, Wendy Evans, City of Williamsburg Human Services and Envoy of Williamsburg and defendant Brian Stevenson Jr. who knew Envoy of Williamsburg was not in compliance and should not have taken any more clients until compliance was achieved. BUT defendant Haung is not/was not capable of accomplishing compliance with the MANY violation of state and federal laws defendant Envoy of Williamsburg was sanctioned for July 2018- September 2019 when it was shut down/closed down.

6. The defendant Judge of Williamsburg should have been aware of the unlawful violations of state and federal law by defendant Envoy of Williamsburg, before placing plaintiff in their hands (Envoy of Williamsburg) 2018. Defendant Judge of Williamsburg definitely knew about the violations when Plaintiff filed my law suits 4-5 times and the filings were rejected with no reason, no case number. Plaintiff couldn't appeal the decision because the defendant pretended that the filing and the plaintiffs injuries never happened. Denying plaintiffs the right to appeal.

7. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate. Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney

-18-

and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can proceed without Plaintiff Dr. Veronica McCallup DSc.

Footnote: 42 U.S.C. § 1983 (1976) provides: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory, subjects, or causes to be subjected, any citizen of the United States or any other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. 3. 403 U.S. 388 (1971) (violation of fourth amendment). 4. In Davis v. Passman, 99 S. Ct. 2264 (1979), the Court extended Bivens beyond the fourth amendment by implying a cause of action and a damages remedy under the equal protection component of the due process clause of the fifth amendment. 5. Throughout this Article the terms "Bivens litigation" and "Bivens action" will be used interchangeably to describe a private action against a federal official to redress a constitutional violation. The word "Bivens" will be used to describe the case itself. 6. In 1960, 280 lawsuits were filed under § 1983. The annual total increased to 3,985 by 1970 and to 12,313 in 1977. Newman, Suing the Lawbreakers: Proposals to Strengthen the Section 1983 Damage Remedy for Law Enforcers' Misconduct, 87 YALE L.J. 447, 452 (1978)

**CLAIM II 42 USC.1983   42 U.S. Code 1983 state actor uses the legal system to deprive plaintiffs of their constitutional rights**. DEMAND: $3,000,000.00

Defendants: Williamsburg Department of Human Services social services Division , Scarlett Huang (compliance officer)  Envoy of Williamsburg, Wendy Evans Williamsburg human services,   Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup, Jeremy McCallup Wife, Fahad Al-Jarboua , County of James city county, Brain L. Stevenson Jr, State of Virginia, State of Virginia

1. Plaintiff re-affirms all the aforesaid herein and state:

2. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And

plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can proceed without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM III Title 18, U.S.C., Section 241 - Conspiracy Against Rights  DEMAND $3,000,000.00**

Defendants: Williamsburg Department of Human Services social services Division , Scarlett Huang (compliance officer)  Envoy of Williamsburg, Wendy Evans Williamsburg human services,  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup, Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city county, Brain L. Stevenson Jr, State of Virginia

1. Plaintiff re-affirms all the aforesaid herein and state:

2. That plaintiff had the right to medical treatment in another state and defendants Deborah Al-Jarboua, Fahad Al-Jarboua, Jeremy McCallup, Jeremy Mccallup wife Jerry Theodore McCallup III, wendy Evans, Britanny Moore, Consulate Health Care, Envoy of Williamsburg, Sentara Health Care, City of Williamsburg, James city county, knew that Defendant Jeremy McCallup has some type/kind of mental slowness, mental deficit and cannot be responsible for human life, But they all , and with MORE co-conspirators, didn't want plaintiff Dr. Veronica McCallup DSc involved. They co-conspired to get Plaintiffs money and life.

**CLAIM IV 18 USC 242: Deprivation of rights under color of law**
**DEMAND $3,000,000.00**

Defendants: Williamsburg Department of Human Services social services Division , Scarlett Huang (compliance officer)  Envoy of Williamsburg, Wendy Evans Williamsburg human services,   Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup, Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city county, Brain L. Stevenson Jr , Consulate Health Care , State of Virginia

1. Plaintiff re-affirms all the aforesaid herein and state:

2. Defendants violated plaintiffs Tier 4 HIPPA Violations. The penalties for violations of HIPAA Rules can be severe. HHS Office for Civil Rights can issue fines of up to $1.5 million per violation category, per year. In this action 3 years time 1.5 million for HIPPA and 13 million for loss of business and

   i.    While healthcare providers, health plans, and business associates of covered entities can be fined, there are also potential fines for individuals who violate HIPAA Rules and criminal penalties may be appropriate. A jail term for violating HIPAA is a possibility, with some violations carrying a penalty of up to 10 years in jail.

3. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and

medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can proceed without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM V HIPPA VIOLATIONS Impermissible disclosures of protected health information (PHI)** Damage Demand $1,500,000.00 PER VIOLATION

Defendants: Williamsburg Department of Human Services social services Division, Wendy Evans Williamsburg human services, Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city county, Brain L. Stevenson Jr

1. Plaintiff affirms all aforesaid and state: Plaintiff cause of death is listed as "Diabetes, seizures, High Blood Pressure". All of these conditions are treatable with diet.

2. **Employees disclosing information** – Employees' gossiping about patients to friends or coworkers is also a HIPAA violation that can cost a practice a significant fine. Employees must be mindful of their environment, restrict conversations regarding patients to private places, and avoid sharing any patient information with friends and family.

**Texting patient information** – Texting patient information such as vital signs or test results is often an easy way that providers can relay information quickly. While it may seem harmless, it is potentially placing patient data in the hands of cyber criminals who could easily access this information. There are new encryption programs that allow confidential information to be safely texted, but both parties must have it installed on their wireless device, which is typically not the case.

**5. Social Media** – Posting patient photos on social media is a HIPAA violation. While it may seem harmless if a name is not mentioned, someone may recognize the patient and know the

-22-

doctor's specialty, which is a breach of the patient's privacy. Make sure all employees are aware that the use of social media to share patient information is considered a violation of HIPAA law.

**6. Employees illegally accessing patient files** - Employees accessing patient information when they are not authorized is another very common HIPAA violation. Whether it is out of curiosity, spite, or as a favor for a relative or friend, this is illegal and can cost a practice substantially. Also, individuals that use or sell PHI for personal gain can be subject to fines and even prison time.

**7. Social breaches** - An accidental breach of patient information in a social situation is quite common, especially in smaller more rural areas. Most patients are not aware of HIPAA laws and may make an innocent inquiry to the healthcare provider or clinician at a social setting about their friend who is a patient. While these types of inquiries will happen, it is best to have an appropriate response planned well in advance to reduce the potential of accidentally releasing private patient information.

**8. Authorization Requirements** - A written consent is required for the use or disclosure of any individual's personal health information that is not used for treatment, payment, healthcare operations, or permitted by the Privacy Rule. If an employee is not sure, it is always best to get prior authorization before releasing any information.

ii.   Plaintiff was in the United States Military 25-26 years. Retired with NO health issues out of Chicago Illinois and was employed as something like a civilian medical Nursing observer for the military Nurses around the world. His health was always under care and observation.

iii.  For defendant Brittany Moore to seek a court order; to place Plaintiff under adult protective services and force him out of his home; for NOT taking a pill against his religious beliefs, culture and Religious dietary guidelines and restrictions, amounts to: medical malpractice, Reckless endangerment, Negligence, Wrongful death and violates Religious Right to diet.

iv.  Defendants Sentara Williamsburg Regional Medical Center and other Medical facilities, doctors, wrongful diagnosis plaintiff and unlawfully administering medications without Power of attorney and medical power of attorney, which amounts to malpractice.

v.  Plaintiff had a knee injury that the United States Military was treating and these defendants allowed plaintiff to suffer extensively without treating the knee and administering contra-indicating medicines. The pain in plaintiff's knee obvious cause the plaintiff's blood pressure to show FALSE elevations and Plaintiff being in duress, caused FALSE blood pressure readings.

3. AS a Result of these actions Defendant(s) Caused the Death of Jerry Theodore McCallup Jr. and plaintiff seek the said damages. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate. Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can proceed without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM VI HIPPA VIOLATIONS Unauthorized accessing of PHI** Damage Demand $1,500,000.00 PER VIOLATION

Defendants: Williamsburg Department of Human Services social services Division, Wendy Evans Williamsburg human services, Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup Jeremy McCallup Wife, Fahad Al-Jarboua Envoy of Williamsburg, County of James city county, Brain L. Stevenson Jr

1. Plaintiff re-affirms all aforesaid.

**Texting patient information** – Texting patient information such as vital signs or test results is often an easy way that providers can relay information quickly. While it may seem harmless, it is potentially placing patient data in the hands of cyber criminals who could easily access this information. There are new encryption programs that allow confidential information to be safely texted, but both parties must have it installed on their wireless device, which is typically not the case.

**5. Social Media** – Posting patient photos on social media is a HIPAA violation. While it may seem harmless if a name is not mentioned, someone may recognize the patient and know the doctor's specialty, which is a breach of the patient's privacy. Make sure all employees are aware that the use of social media to share patient information is considered a violation of HIPAA law.

**6. Employees illegally accessing patient files** – Employees accessing patient information when they are not authorized is another very common HIPAA violation. Whether it is out of curiosity, spite, or as a favor for a relative or friend, this is illegal and can cost a practice substantially. Also, individuals that use or sell PHI for personal gain can be subject to fines and even prison time.

**7. Social breaches** – An accidental breach of patient information in a social situation is quite common, especially in smaller more rural areas. Most patients are not aware of HIPAA laws and may make an innocent inquiry to the healthcare provider or clinician at a social setting about their friend who is a patient. While these types of inquiries will happen, it is best to have an appropriate response planned well in advance to reduce the potential of accidentally releasing private patient information.

**8. Authorization Requirements** – A written consent is required for the use or disclosure of any individual's personal health information that is not used for treatment, payment, healthcare operations, or permitted by the Privacy Rule. If an employee is not sure, it is always best to get prior authorization before releasing any information.

9. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And

-25-

plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can proceed without Plaintiff Dr. Veronica McCallup DSc.

## CLAIM VII HIPPA VIOLATIONS Failure to conduct a risk analysis

Damage Demand $1,500,000.00 PER VIOLATION
Defendants: Williamsburg Department of Human Services social services Division, Wendy Evans Williamsburg human services, Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup Jeremy McCallup Wife, Fahad Al-Jarboua, Envoy of Williamsburg, County of James city county

1. Plaintiff affirms all aforesaid and state:

2. **Lost or Stolen Devices** – Theft of PHI (protected health information) through lost or stolen laptops, desktops, smartphones, and other devices that contain patient information can result in HIPAA fines. Mobile devices are the most vulnerable to theft because of their size; therefore, the necessary safeguards should be put into place such as password protected authorization and encryption to access patient-specific information.

3. **Accessing patient information on home computers** – Most clinicians use their home computers or laptops after hours from time to time to access patient information to record notes or follow-ups. This could potentially result in a HIPAA violation if the screen is accidentally left on and a family member uses the computer. Make sure your computer and laptop are password protected and keep all mobile devices out of sight to reduce the risk of patient information being accessed or stolen.

4. **Lack of training** – One of the most common reasons for a HIPAA violation is an employee who is not familiar with HIPAA regulations. Often only managers, administration, and medical staff receive training although HIPAA law requires all employees, volunteers, interns and anyone with access to patient information to be trained. Compliance training is one of the most proactive and easiest ways to avoid a violation.

5. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM VIII WRONGFUL DEATH** Damage Demand $3,000,000.00
Defendants: Williamsburg Department of Human Services social services Division, Envoy of Williamsburg, Wendy Evans Williamsburg human services,  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup, Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city county, Brain L. Stevenson Jr , State of Virginia

Plaintiff re-affirms all aforesaid and state: AS a Result of these defendants actions Defendant(s) Caused the Death of Jerry Theodore McCallup Jr. and due to a preventable medical error or the reckless/negligent behavior of another and plaintiff seek the

said damages. The defendant Jeremy and Deborah Al-jarboau and
Fahad and the human services, pull the plug on Plaintiff Jerry
Theodore McCallup without contacting his son Jerry Theodore
McCallup III and his power of attorney Dr. Veronica Renee
MCcallup DSc.

   i.   Wrongful Death This Civil action and Complaint is for
       damages sustained by plaintiff(s) for the malicious and
       intentional actions and wrongful death caused by
       defendants, they have cause the wrongful death of
       plaintiff using trickery, theft of identification,
       deprival of medical care . VA 8.01 -50 VA 8.01 - 244 1977
       c.617, 1958 c 470, 1981 c 115, 2012 c 725 Shepard v.
       Capitol Foundry of Va., 262 Va. 715, 718-719 (Va. 2001)
  ii.   Deprival of Medical Care and medical care in another State
 iii.   Several HIPAA violations which are failure to comply with
       any aspect of HIPAA standards and provisions detailed in
       detailed in 45 CFR Parts 160, 162, and 164.
  iv.   Defendants Administered contraindicated medicines to
       plaintiff Jerry Theodore McCallup Jr, that caused him
       seizures and brain injury , Renal Failure, and death;
       against plaintiffs continual complaints that those
       medicines being contraindicative to him. This is proven by
       the defendants illegally having to forcibly get an illegal
       court order and forcibly administer contraindicative drugs
       before and after February 2019 and defendants continually
       forcing medicines on Plaintiff through and including
       February 2019 until about March 2, 2019 when plaintiff
       died from the prior times of forced drugging. Plaintiff is
       a retired military vet that didn't have any medical
       problems that would cause death. The defendant had been an
       athlete all his life and father was a professional athlete
       and sister an athlete. Athletics and health conscience is
       a family trait.

2. Wherefore, causing plaintiffs damages, grief, undue stressors,
emotional distress, fees, fines sabotaging plaintiffs statue of
limitations, obstructing Justice. And plaintiff is entitled to
damages demanded herein of $3,000,000.00 PLUS Punitive damages
and the courts have held that pro per litigants can receive
attorney type fees for litigations/working, just like in probate
matters; the administrator is paid for all hours worked on the
estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry
Theodore McCallup JR Beneficiary and Power of attorney and
medical Power of Attorney documented with the military and other
courts in other states including Virginia. No court, no hospital,

1  NO action concerning Plaintiff Jerry Theodore McCallup JR. can
2  precede without Plaintiff Dr. Veronica McCallup DSc.

3  **CLAIM IX ELDER ABUSE** Damage Demand of 1,500,000.00 .
4  Defendants: Scarlett Huang (compliance officer),
   Williamsburg Department of Human Services social services
5  Division, Envoy of Williamsburg, Wendy Evans Williamsburg human
6  services,  Brittany Moore, Consulate Heath Care, Sentara Health
7  Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy
8  Mccallup, Jeremy McCallup Wife, Fahad Al-Jarboua, County of James
9  city county , Brain L. Stevenson Jr, State of Virginia
10     1. Plaintiff re-affirms all the aforesaid herein and state:
11     2. The defendants: City of Williamsburg, Williamsburg human
12        service, Jeremy Mccallup, Deborah Al-Jarboua, Fahad Al-
13        Jarboua and Jeremy McCallup wife had plaintiff in a motel 6,
14        when he received $3,400-$4,900.00 per month in income. The
15        county could have found a senior apartment for Mr. Jerry
16        McCallup Jr. Code of Virginia *Title 18.2. Crimes and*
17        *Offenses Generally* » *Chapter 8. Crimes Involving Morals and*
18        *Decency* » *Article 4. Family Offenses; Crimes Against*
19        *Children, Etc.* » *§ 18.2-369. Abuse and neglect of*
20        *incapacitated adults; penalty*
21     3.Plaintiff further supports the theory that plaintiff knew
       defendants were trying to rob him/swindle him about 2014.
22     Plaintiff tried to separate from the Cuban/Arab defendants and
       plaintiff $350,000 home entered foreclosure after owning the
23     home and another house and properties over twenty (20) years.
24     4.Plaintiff believes these defendants had been poisoning
       plaintiff in the home; prior to any medical conditions and rush
25     to have plaintiff cremated before plaintiff family learned of
       plaintiffs death. Plaintiff had enough money for burial and
26     plaintiff family is against cremations defendants cremated to
       cover up drugging of Plaintiff Jerry Theodore McCallup JR.
27     Plaintiff has requested medicl files for a year and defendants
       have fail to release them as though they are changing the
28     records.

5. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate. Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM X FINANCIAL ELDER ABUSE** Demand demand $1,500,000.00 misappropriation of financial resources or abusive use of financial control, in the context of a relationship where there is an expectation of trust, causes harm to an older person. Defendants: Williamsburg Department of Human Services social services Division , Scarlett Huang (compliance officer),  Envoy of Williamsburg, Wendy Evans Williamsburg human services, Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city county, Brain L. Stevenson Jr

1. Plaintiff re-affirms all the aforesaid herein and state:

2. The Older Americans Act of 2006 defines elder financial abuse, or financial exploitation, as "the fraudulent or otherwise illegal, unauthorized, or improper act or process of an individual, including a caregiver or fiduciary, that uses the resources of an older individual for monetary or personal benefit, profit, or gain, or that results in depriving an older individual of rightful access to, or use of, benefits, resources, belongings, or assets.

3. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of

limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XI HIPPA VIOLATIONS Failure to manage risks to the confidentiality, integrity, and availability of PHI** Damage Demand $3,500,000.00 PER VIOLATION

Defendants: Scarlett Huang (compliance officer),Envoy of Williamsburg,  Brittany moore, wendy evans, city of Williamsburg, state of virginia ,Consulate Health Care, Sentara Health Care,

1. Plaintiff affirms all aforesaid and state: These defendants never identified that the persons they relied on for advice and that authorized medications to plaintiff did NOT have the authority to make decisions for Plaintiff Jerry Theodore McCallup JR. 2014-2019, 2018-2019, even at time of death when the defendants Al-Jarboua told defendant Envoy of Williamsburg to pull the plug (per written records).

2. **Medical records mishandling** – Another very common HIPAA violation is the mishandling of patient records. If a practice uses written patient charts or records, a physician or nurse may accidentally leave a chart in the patient's exam room available for another patient to see. Printed medical records must be kept locked away and safe out of the public's view.

3. AS a Result of these defendants actions Defendant(s) Caused the Death of Jerry Theodore McCallup Jr. and plaintiff seek the said damages. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines

sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate. Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

## CLAIM XII HIPPA VIOLATIONS Failure to implement safeguards to ensure the confidentiality, integrity, and availability of PHI

Damage Demand $1,500,000.00 PER VIOLATION
Defendants: Williamsburg Department of Human Services social services Division, Scarlett Huang (compliance officer), Envoy of Williamsburg, County of James city county

1. Plaintiff re-affirms all the aforesaid herein and state:

2. Defendant Deborah al-jarboua is on all Plaintiff Jerry Theodore Medical records causing him to be given medications adverse to him and our family. She is listed as his wife. She isn't his wife, it's a lie. And that Plaintiffs death is a result of this woman and defendants failing safeguard the elderly and ensure the confidentially of patients medical history. Plaintiff was given blood pressure pills in 1999 and learned that he could not take them and that the problem was his food. He changed his diet them. So medication thereafter is from Defendants all doctors over prescribing and not adjusting plaintiffs medication before seizures and taking the advice of defendants al-jarboua's.

3. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive

attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XIII HIPPA VIOLATIONS Failure to maintain and monitor PHI access logs** Damage Demand $1,500,000.00 PER VIOLATION Defendants: Williamsburg Department of Human Services social services Division, Scarlett Huang (compliance officer) , Envoy of Williamsburg, Department of Human Services social services Division , Scarlett Huang (compliance officer)  Envoy of Williamsburg, Wendy Evans Williamsburg human services,  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup, Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city county

1. Plaintiff re-affirms all the aforesaid herein and state:

2. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XIV HIPPA VIOLATIONS Failure to enter into a HIPAA-compliant business associate agreement with vendors prior to giving access to PHI** Damage Demand $1,500,000.00 PER VIOLATION

Defendants: Envoy of Williamsburg, Williamsburg Department of Human Services social services Division , Scarlett Huang (compliance officer)  Envoy of Williamsburg, Wendy Evans Williamsburg human services,  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup, Jeremy McCallup Wife, Fahad Al-Jarboua, Brain L. Stevenson Jr , All doctors on records still in discovery

1. Plaintiff re-affirms all the aforesaid herein and state:

2. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XV HIPPA VIOLATIONS Failure to maintain and monitor PHI access logs** Damage Demand $1,500,000.00 PER VIOLATION Defendants: Williamsburg Department of Human Services social services Division, Envoy of Williamsburg, Department of Human Services social services Division , Scarlett Huang (compliance officer)  Envoy of Williamsburg, Wendy Evans Williamsburg human services,  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup, Jeremy McCallup Wife, Fahad Al-Jarboua, Brain L. Stevenson Jr

1. Plaintiff re-affirms all the aforesaid herein and state:

2. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XVI HIPPA VIOLATIONS Failure to provide patients with copies of their PHI** on request Damage Demand $1,500,000.00 PER VIOLATION

Defendants: Scarlett Huang (compliance officer),Envoy of Williamsburg , Brain L. Stevenson Jr

1.Plaintiff re-affirms all the aforesaid herein and state:

2. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XVII HIPPA VIOLATIONS Failure to implement access controls to limit who can view PHI** Damage Demand $1,500,000.00 PER VIOLATION

Defendants: Williamsburg Department of Human Services social services Division, Brain L. Stevenson Jr , Scarlett Huang

1  (compliance officer),  Envoy of Williamsburg, Wendy Evans

2  Williamsburg human services,  Brittany Moore, Consulate Heath

3  Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah

4  Al-Jarboua, Jeremy Mccallup ,Jeremy McCallup Wife, Fahad Al-

5  Jarboua, County of James city county, Brain L. Stevenson Jr

6  1. Plaintiff re-affirms all the aforesaid herein and state:

7  2. Wherefore, causing plaintiffs damages, grief, undue stressors,
   emotional distress, fees, fines sabotaging plaintiffs statue of
8  limitations, obstructing Justice. And plaintiff is entitled to
   damages demanded herein of $3,000,000.00 PLUS Punitive damages
9  and the courts have held that pro per litigants can receive
   attorney type fees for litigations/working, just like in probate
10 matters; the administrator is paid for all hours worked on the
   estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry
11 Theodore McCallup JR Beneficiary and Power of attorney and
   medical Power of Attorney documented with the military and other
12 courts in other states including Virginia. No court, no hospital,
   NO action concerning Plaintiff Jerry Theodore McCallup JR. can
13 precede without Plaintiff Dr. Veronica McCallup DSc.

14

15

16 **CLAIM XVIII HIPPA VIOLATIONS The disclosure more PHI than is
   necessary for a particular task to be performed** Damage Demand
17 $1,500,000.00 PER VIOLATION
   Defendants: Williamsburg Department of Human Services social
18 services Division, Envoy of Williamsburg, Scarlett Huang

19 (compliance officer)  Envoy of Williamsburg, Wendy Evans

20 Williamsburg human services,  Brittany Moore, Consulate Heath

21 Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah

22 Al-Jarboua, Jeremy Mccallup, Brain L. Stevenson Jr , Jeremy

23 McCallup Wife, Fahad Al-Jarboua, County of James city county

24 1. Plaintiff re-affirms all the aforesaid herein and state:

25 2. Wherefore, causing plaintiffs damages, grief, undue stressors,
   emotional distress, fees, fines sabotaging plaintiffs statue of
26 limitations, obstructing Justice. And plaintiff is entitled to
   damages demanded herein of $3,000,000.00 PLUS Punitive damages
27 and the courts have held that pro per litigants can receive

28

attorney type fees for litigations/working, just like in probate
matters; the administrator is paid for all hours worked on the
estate. Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry
Theodore McCallup JR Beneficiary and Power of attorney and
medical Power of Attorney documented with the military and other
courts in other states including Virginia. No court, no hospital,
NO action concerning Plaintiff Jerry Theodore McCallup JR. can
precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XIX HIPPA VIOLATIONS Failure to provide HIPAA training and
security awareness training** Damage Demand $1,500,000.00 PER
VIOLATION
Defendants: Williamsburg Department of Human Services social
services Division, Envoy of Williamsburg, Department of Human
Services social services Division , Scarlett Huang (compliance
officer)  Envoy of Williamsburg, Wendy Evans Williamsburg human
services,  Brittany Moore, Consulate Heath Care, Sentara Health
Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy
Mccallup, Jeremy McCallup Wife, Fahad Al-Jarboua, County of James
city county, Brain L. Stevenson Jr

1. Plaintiff re-affirms all the aforesaid herein and state:

2. Wherefore, causing plaintiffs damages, grief, undue stressors,
emotional distress, fees, fines sabotaging plaintiffs statue of
limitations, obstructing Justice. And plaintiff is entitled to
damages demanded herein of $3,000,000.00 PLUS Punitive damages
and the courts have held that pro per litigants can receive
attorney type fees for litigations/working, just like in probate
matters; the administrator is paid for all hours worked on the
estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry
Theodore McCallup JR Beneficiary and Power of attorney and
medical Power of Attorney documented with the military and other
courts in other states including Virginia. No court, no hospital,
NO action concerning Plaintiff Jerry Theodore McCallup JR. can
precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XX HIPPA VIOLATIONS Theft of patient records** Damage Demand
$1,500,000.00 PER VIOLATION
Defendants: Williamsburg Department of Human Services social
services Division, Envoy of Williamsburg, Department of Human

Services social services Division , Scarlett Huang (compliance officer)  Envoy of Williamsburg, Wendy Evans Williamsburg human services,  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup, Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city county, Brain L. Stevenson Jr

1. Plaintiff re-affirms all the aforesaid herein and state:

2. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XXI HIPPA VIOLATIONS Unauthorized release of PHI** to individuals not authorized to receive the information Damage Demand $1,500,000.00 PER VIOLATION
Defendants: Williamsburg Department of Human Services social services Division, Envoy of Williamsburg , Scarlett Huang (compliance officer), Envoy of Williamsburg, Wendy Evans Williamsburg human services,  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup , Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city county, Brain L. Stevenson Jr

1. Plaintiff re-affirms all the aforesaid herein and state:

2. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for

litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XXII HIPPA VIOLATIONS Sharing of PHI** online or via social media without permission Damage Demand $1,500,000.00 PER VIOLATION
Defendants: Envoy of Williamsburg, Williamsburg Department of Human Services social services Division , Scarlett Huang (compliance officer), Wendy Evans Williamsburg human services, Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city county, Brain L. Stevenson Jr
1. Plaintiff re-affirms all the aforesaid herein and state:

2.Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XXIII HIPPA VIOLATIONS Mishandling and mismailing PHI**
Damage Demand $1,500,000.00 PER VIOLATION
Defendants: Envoy of Williamsburg, Williamsburg Department of Human Services social services Division , Scarlett Huang (compliance officer), Wendy Evans Williamsburg human services,

1  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry

2  Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup Jeremy

3  McCallup Wife, Fahad Al-Jarboua, County of James city county

4  1. Plaintiff re-affirms all the aforesaid herein and state:

5  2. Wherefore, causing plaintiffs damages, grief, undue stressors,
   emotional distress, fees, fines sabotaging plaintiffs statue of
6  limitations, obstructing Justice. And plaintiff is entitled to
7  damages demanded herein of $3,000,000.00 PLUS Punitive damages
   and the courts have held that pro per litigants can receive
8  attorney type fees for litigations/working, just like in probate
   matters; the administrator is paid for all hours worked on the
9  estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry
10 Theodore McCallup JR Beneficiary and Power of attorney and
   medical Power of Attorney documented with the military and other
11 courts in other states including Virginia. No court, no hospital,
   NO action concerning Plaintiff Jerry Theodore McCallup JR. can
12 precede without Plaintiff Dr. Veronica McCallup DSc.

13

14 **CLAIM XXIV HIPPA VIOLATIONS Failure to encrypt PHI or use an**

15 **alternative, equivalent measure to prevent unauthorized**

16 **access/disclosure** Damage Demand $1,500,000.00 PER VIOLATION
   Defendants:  Envoy of Williamsburg, Williamsburg Department of

17 Human Services social services Division , Scarlett Huang

18 (compliance officer), Wendy Evans Williamsburg human services,

19 Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry

20 Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup,

21 Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city

22 county

23 1.Plaintiff re-affirms all the aforesaid herein and state:

24 2.Wherefore, causing plaintiffs damages, grief, undue stressors,
   emotional distress, fees, fines sabotaging plaintiffs statue of
25 limitations, obstructing Justice. And plaintiff is entitled to
   damages demanded herein of $3,000,000.00 PLUS Punitive damages
26 and the courts have held that pro per litigants can receive
   attorney type fees for litigations/working, just like in probate
27 matters; the administrator is paid for all hours worked on the
   estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry
28 Theodore McCallup JR Beneficiary and Power of attorney and
   medical Power of Attorney documented with the military and other

courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XXV HIPPA VIOLATIONS Failure to notify an individual (or the Office for Civil Rights) of a security incident involving PHI within 60 days of the discovery of a breach** Damage Demand

$1,500,000.00 PER VIOLATION
Defendants: Williamsburg Department of Human Services social services Division, Envoy of Williamsburg , Scarlett Huang (compliance officer), Wendy Evans Williamsburg human services, Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup, Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city county

1. Plaintiff re-affirms all the aforesaid herein and state:

2. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XXVI HIPPA VIOLATIONS Failure to conduct a risk analysis**

$1,500,000.00
Defendants: Williamsburg Department of Human Services social services Division, Scarlett Huang (compliance officer), Envoy of Williamsburg, County of James city county, Brain L. Stevenson Jr

1. Plaintiff re-affirms all the aforesaid herein and state:

1

2. Wherefore, causing plaintiffs damages, grief, undue stressors,
2
emotional distress, fees, fines sabotaging plaintiffs statue of
limitations, obstructing Justice. And plaintiff is entitled to
3
damages demanded herein of $3,000,000.00 PLUS Punitive damages
and the courts have held that pro per litigants can receive
4
attorney type fees for litigations/working, just like in probate
matters; the administrator is paid for all hours worked on the
5
estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry
6
Theodore McCallup JR Beneficiary and Power of attorney and
medical Power of Attorney documented with the military and other
7
courts in other states including Virginia. No court, no hospital,
NO action concerning Plaintiff Jerry Theodore McCallup JR. can
8
precede without Plaintiff Dr. Veronica McCallup DSc.

9

10
**CLAIM XXVII HIPPA VIOLATIONS Texting PHI** $1,500,000.00
11
Defendants: Williamsburg Department of Human Services social

services Division, Department of Human Services social services
12
Division , Scarlett Huang (compliance officer)  Envoy of
13
Williamsburg, Wendy Evans Williamsburg human services,  Brittany
14
Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore
15
McCallup III, Deborah Al-Jarboua, Jeremy Mccallup
16
Jeremy McCallup Wife, Fahad Al-Jarboua, Brain L. Stevenson Jr
17
1.Plaintiff re-affirms all the aforesaid herein and state:

18
2.Wherefore, causing plaintiffs damages, grief, undue stressors,
emotional distress, fees, fines sabotaging plaintiffs statue of
19
limitations, obstructing Justice. And plaintiff is entitled to
20
damages demanded herein of $3,000,000.00 PLUS Punitive damages
and the courts have held that pro per litigants can receive
21
attorney type fees for litigations/working, just like in probate
22
matters; the administrator is paid for all hours worked on the
estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry
23
Theodore McCallup JR Beneficiary and Power of attorney and
medical Power of Attorney documented with the military and other
24
courts in other states including Virginia. No court, no hospital,
NO action concerning Plaintiff Jerry Theodore McCallup JR. can
25
precede without Plaintiff Dr. Veronica McCallup DSc.

26

27
**CLAIM XXVIII HIPPA VIOLATIONS Failure to terminate access rights**
28
**to PHI when no longer required** 1,500,000.00

Defendants: Williamsburg Department of Human Services social services Division, Scarlett Huang (compliance officer)  Envoy of Williamsburg, Wendy Evans Williamsburg human services,  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup

Jeremy McCallup Wife, Fahad Al-Jarboua, Brain L. Stevenson Jr

1. Plaintiff re-affirms all the aforesaid herein and state:

2. Plaintiff Jerry Theodore McCallup Jr repeatedly requested sister, Dr. Veronica McCallup DSc and defendants refused to locate plaintiff. (Beneficiary, Power of Attorney, Medical Power of Attorney). He would have moved in with his sister.

3.Plaintiffs are Native American Indians who have been to college and Universities exceeding associate degrees in Science Technology and Medicine. Plaintiffs had a business together that they ran from Detroit Michigan. Chicago, IL, California, and Texas. Plaintiff CTI Chemicals and Allied Products, Inc. The killing, poisoning, hindering, blocking of plaintiffs contact with sister and business, obstruction, Interference was malicious and intentional, willful and wonton.

4.Defendants Never had Jurisdiction to place plaintiff under ADULT PROTECTIVE SERVICES, and defendants never gave notice to all the family and plaintiffs; that there was court hearings or to any court hearing or court action.  to place plaintiff under protective services was unlawful and done by NON_FAMILY MEMBERS in co=conspiracy with Williamsburg social services and defendant Britany Moore. under these deprival of rights and lack of due process; plaintiff died and defendants basically KIDNAPPED plaintiff and forced death upon Plaintiff. The (Al-Jarboua's are NOT family members. The Cubans and Arabs are NOT family members, they pretended to be plaintiff "wife" (x-wife, plaintiff WASN'T married) and plaintiff son in Colorado (plaintiff son in Colorado wasn't in Virginia)). Jeremy McCallup was a married man and caused Jerry Theodore McCallup Jr williamsbug house to go into forclosure by deception. (the bills were paid, everything was taken care of,….)Plaintiff Jerry Theodore McCallup Jr had a monthly income of $3,400.00-$4,900.00 and had 20 years of equity in the house. Theres no reason to lose the home except Defendant Jeremy McCallup , Fahad Al-jarboua and Deborah Al-jarboua scheme. Defendant Jeremy McCallup was 20- 22 years old and had gotten married and wanted the house.

5.Defendants were discriminating against Plaintiff and forcing death upon plaintiff; because of his race, creed, nationality and culture. On plaintiff birth certificate and death certificate it

documents that plaintiff is a native American, an Indian.
Plaintiff health could be treated with diet.
6.Plaintiffs recently learned that defendants used and allowed
defendants Deborah Al- Jarboua, Fahad Al-Jarboua and Jeremy
McCallup to pretend to be and to steal the identity of and
aggravated identity theft, of: plaintiffs: 1. X-wife 2. plaintiff
son; in order, to locate plaintiff money, insurance policies and
property.
7.Plaintiff learned that defendants wanted the plaintiff Jerry
Theodore McCallup Jr dead/to die; to collect his money, bank
accounts, insurances, and property and to ensure death, they
blocked tricked, would not contact, plaintiff Jerry Theodore
McCallup Jr. sis, Dr. Veronica Renee McCallup DSc who is a
medical doctor and who has been treating plaintiff holistically
until plaintiff met the Cubans/arabs (al-jarboua's).
8.Hospital records and social service records and State records
and court records DOCUMENT; that, defendant Deborah S. Al-Jarboua
was in continual contact with defendants and that defendant
Brittany moore and her supervisor "Evans" and the James city
county Williamsburg and Envoy of Williamsburg used the 3
defendants (Deborah Al-Jarboua, Fahad Al-Jarboua, Jeremy
McCallup) recommendations to treat and medicate and kill
plaintiff Jerry Theodore McCallup Jr.
9.Defendants Negligence caused another death during the same time
frame, same location, same gender, same age group and under the
same staff. This indicates that Defendant Scarlett Huag is in the
morbid business and not compliance business. Two deaths with in a
week of each other obviously indicate Envoy of Williamsburg is
into murder.
10.All Defendants co-conspired to cause Plaintiffs death, even
after plaintiff informed defendants he didn't take medications.
11.All Defendants Reckless and wanton conduct caused Plaintiffs
wrongful death. All plaintiff's medical conditions could be
treated with diet. Patients with Identical conditions are treated
with diet ALL OVER THE WORLD.
12.Defendants of the Adult Protective Services division, abused
power and co-conspired to cause plaintiff death with (the
Cubans/Arabs Al-Jarboau's who are unauthorized persons violating
HIPPA LAWS.
13.This wrongful death complaint cause of action, civil complaint
has caused a. sorrow, b. mental anguish, c. loss of companionship
and d. business partnership.
14. Plaintiff seeks Compensation for reasonably expected loss
income from loss of business provided by the decedent.
15.Plaintiff seeks Expenses for the care and treatment and
hospitalization of the decedent resulting in death and return of

all expenses paid for unauthorized treatments and
hospitalization.
16. Plaintiff seeks Funeral expenses and burial expenses because
the cremation is in a bottle on the table.
17. Plaintiff seeks Punitive Damages
18. Plaintiff seeks compensatory damages
19. Dr. Veronica McCallup DSc is Plaintiff Administrator and
Executor and is also Plaintiffs Beneficiary and Power of attorney
and Medical Power of Attorney. However, was not ever contacted,
called, emailed, found on facebook nor any other social media in
violation of due process. And seek awards of all damages within
this complaint.
20. The state last inspection on this facility was July 2018 and
no further check ups were made. The state found serious
violations at that time, that were not ever corrected. The county
should have been aware of these violations and should never have
placed the plaintiff there, nor should Jerry Theodore McCallup
Jr. have been placed in any hospital. His Doctor sister could
have taken him home or to a better care facility.
21. Nor should defendants send any person to these violating
defendants for any care, hospice care or post care of any kind.
The State should care about seniors and not conspire in senior
abuse, elder abuse and violation to medicare medicade spending,
medicade.
22. The Williamsburg Judge is included as a defendant because he
knew all parties wasn't served/found/included. And the Judge
defendant is the only Judge in town and when plaintiff attempted
to file the wrongful death lawsuit in 2019, this Judge would
return the documents without filing. Plaintiff went to Virginia
and personally filed the lawsuit and the Judge refused to allow
plaintiff to file the Lawsuit. Plaintiff a 3rd time filed the
rejected lawsuit and the Judge refused to allow plaintiff to file
the lawsuit and WOULDN'T tell plaintiff why after 3-4 times.
23. Wherefore, causing plaintiffs damages, grief, undue
stressors, emotional distress, fees, fines sabotaging plaintiffs
statue of limitations, obstructing Justice. And plaintiff is
entitled to damages demanded herein of $3,000,000.00 PLUS
Punitive damages and the courts have held that pro per litigants
can receive attorney type fees for litigations/working, just like
in probate matters; the administrator is paid for all hours
worked on the estate. Plaintiff Dr Veronica McCallup DSc is
Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of
attorney and medical Power of Attorney documented with the
military and other courts in other states including Virginia. No
court, no hospital, NO action concerning Plaintiff Jerry Theodore
McCallup JR. can precede without Plaintiff Dr. Veronica McCallup
DSc.

-45-

**CLAIM XXIX HIPPA VIOLATIONS Failure to document compliance efforts** $1,500,000.00

Defendants: Williamsburg Department of Human Services social services Division, Envoy of Williamsburg, Scarlett Huang (compliance officer)  Envoy of Williamsburg, Wendy Evans Williamsburg human services,  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup, Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city county, Brain L. Stevenson Jr

1. Plaintiff re-affirms all the aforesaid herein and state:

2. Plaintiff Jerry Theodore McCallup Jr repeatedly requested sister, Dr. Veronica McCallup DSc and defendants refused to locate plaintiff. (Beneficiary, Power of Attorney, Medical Power of Attorney). He would have moved in with his sister.

3.Plaintiffs are Native American Indians who have been to college and Universities exceeding associate degrees in Science Technology and Medicine. Plaintiffs had a business together that they ran from Detroit Michigan. Chicago, IL, California, and Texas. Plaintiff CTI Chemicals and Allied Products, Inc. The killing, poisoning, hindering, blocking of plaintiffs contact with sister and business, obstruction, Interference was malicious and intentional, willful and wonton.

4.Defendants Never had Jurisdiction to place plaintiff under ADULT PROTECTIVE SERVICES, and defendants never gave notice to all the family and plaintiffs; that there was court hearings or to any court hearing or court action.  to place plaintiff under protective services was unlawful and done by NON_FAMILY MEMBERS in co=conspiracy with Williamsburg social services and defendant Britany Moore. under these deprival of rights and lack of due process; plaintiff died and defendants basically KIDNAPPED plaintiff and forced death upon Plaintiff. The (Al-Jarboua's are NOT family members. The Cubans and Arabs are NOT family members, they pretended to be plaintiff "wife" (x-wife, plaintiff WASN'T married) and plaintiff son in Colorado (plaintiff son in Colorado wasn't in Virginia)). Jeremy McCallup was a married man and caused Jerry Theodore McCallup Jr williamsbug house to go into forclosure by deception. (the bills were paid, everything was taken care of,….)Plaintiff Jerry Theodore McCallup Jr had a monthly income of $3,400.00-$4,900.00 and had 20 years of equity in the house. Theres no reason to lose the home except Defendant Jeremy McCallup , Fahad Al-jarboua and Deborah Al-jarboua scheme.

Defendant Jeremy McCallup was 20- 22 years old and had gotten
married and wanted the house.
5.Defendants were discriminating against Plaintiff and forcing
death upon plaintiff; because of his race, creed, nationality and
culture. On plaintiff birth certificate and death certificate it
documents that plaintiff is a native American, an Indian.
Plaintiff health could be treated with diet.
6.Plaintiffs recently learned that defendants used and allowed
defendants Deborah Al- Jarboua, Fahad Al-Jarboua and Jeremy
McCallup to pretend to be and to steal the identity of and
aggravated identity theft, of: plaintiffs: 1. X-wife 2. plaintiff
son; in order, to locate plaintiff money, insurance policies and
property.
7.Plaintiff learned that defendants wanted the plaintiff Jerry
Theodore McCallup Jr dead/to die; to collect his money, bank
accounts, insurances, and property and to ensure death, they
blocked tricked, would not contact, plaintiff Jerry Theodore
McCallup Jr. sis, Dr. Veronica Renee McCallup DSc who is a
medical doctor and who has been treating plaintiff holistically
until plaintiff met the Cubans/arabs (al-jarboua's).
8.Hospital records and social service records and State records
and court records DOCUMENT; that, defendant Deborah S. Al-Jarboua
was in continual contact with defendants and that defendant
Brittany moore and her supervisor "Evans" and the James city
county Williamsburg and Envoy of Williamsburg used the 3
defendants (Deborah Al-Jarboua, Fahad Al-Jarboua, Jeremy
McCallup) recommendations to treat and medicate and kill
plaintiff Jerry Theodore McCallup Jr.
9.Defendants Negligence caused another death during the same time
frame, same location, same gender, same age group and under the
same staff. This indicates that Defendant Scarlett Huag is in the
morbid business and not compliance business. Two deaths with in a
week of each other obviously indicate Envoy of Williamsburg is
into murder.
10.All Defendants co-conspired to cause Plaintiffs death, even
after plaintiff informed defendants he didn't take medications.
11.All Defendants Reckless and wanton conduct caused Plaintiffs
wrongful death. All plaintiff's medical conditions could be
treated with diet. Patients with Identical conditions are treated
with diet ALL OVER THE WORLD.
12.Defendants of the Adult Protective Services division, abused
power and co-conspired to cause plaintiff death with (the
Cubans/Arabs Al-Jarboau's who are unauthorized persons violating
HIPPA LAWS.
13.This wrongful death complaint cause of action, civil complaint
has caused a. sorrow, b. mental anguish, c. loss of companionship
and d. business partnership.

14.Plaintiff seeks Compensation for reasonably expected loss income from loss of business provided by the decedent.
15.Plaintiff seeks Expenses for the care and treatment and hospitalization of the decedent resulting in death and return of all expenses paid for unauthorized treatments and hospitalization.
16.Plaintiff seeks Funeral expenses and burial expenses because the cremation is in a bottle on the table.Plaintiff seeks Punitive Damages, Plaintiff seeks compensatory damages
17.Dr. Veronica McCallup DSc is Plaintiff Administrator and Executor and is also Plaintiffs Beneficiary and Power of attorney and Medical Power of Attorney. However, was not ever contacted, called, emailed, found on facebook nor any other social media in violation of due process. And seek awards of all damages within this complaint.
18.The state last inspection on this facility was July 2018 and no further check ups were made. The state found serious violations at that time, that were not ever corrected. The county should have been aware of these violations and should never have placed the plaintiff there, nor should Jerry Theodore McCallup Jr. have been placed in any hospital. His Doctor sister could have taken him home or to a better care facility.
19.Nor should defendants send any person to these violating defendants for any care, hospice care or post care of any kind. The State should care about seniors and not conspire in senior abuse, elder abuse and violation to medicare medicade spending, medicade.
20.The Williamsburg Judge is included as a defendant because he knew all parties wasn't served/found/included. And the Judge defendant is the only Judge in town and when plaintiff attempted to file the wrongful death lawsuit in 2019, this Judge would return the documents without filing. Plaintiff went to Virginia and personally filed the lawsuit and the Judge refused to allow plaintiff to file the Lawsuit. Plaintiff a 3rd time filed the rejected lawsuit and the Judge refused to allow plaintiff to file the lawsuit and WOULDN'T tell plaintiff why after 3-4 times.
21.Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital,

NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XXX MEDICAL MALPRACTICE**

Defendants: ALL doctors on records $3,000,000.00 in discovery, Envoy of Williamsburg, Williamsburg Department of Human Services social services Division , Scarlett Huang (compliance officer), Wendy Evans Williamsburg human services,  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup

Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city county, Brain L. Stevenson Jr

1. Plaintiff re-affirms all the aforesaid herein and state:

2. Wrongful Death This Civil action and Complaint is for damages sustained by plaintiff(s) for the malicious and intentional actions and wrongful death caused by defendants, they have cause the wrongful death of plaintiff using trickery, theft of identification, deprival of medical care . VA 8.01 -50 VA 8.01 - 244 1977 c.617, 1958 c 470, 1981 c 115, 2012 c 725 Shepard v. Capitol Foundry of Va., 262 Va. 715, 718-719 (Va. 2001)

3. Deprival of Medical Care and medical care in another State
4. Several HIPAA violations which are failure to comply with any aspect of HIPAA standards and provisions detailed in detailed in 45 CFR Parts 160, 162, and 164.
5. Defendants Administered contraindicated medicines to plaintiff Jerry Theodore McCallup Jr, that caused him seizures and brain injury , Renal Failure, and death; against plaintiffs continual complaints that those medicines being contraindicative to him. This is proven by the defendants illegally having to forcibly get an illegal court order and forcibly administer contraindicative drugs before and after February 2019 and defendants continually forcing medicines on Plaintiff through and including February 2019 until about March 2, 2019 when plaintiff died from the prior times of forced drugging. Plaintiff is a retired military vet that didn't have any medical problems that would cause death. The defendant had been an athlete all his life and father was a professional

athlete and sister an athlete. Athletics and health conscience
is a family trait.

6. Wherefore, causing plaintiffs damages, grief, undue stressors,
emotional distress, fees, fines sabotaging plaintiffs statue of
limitations, obstructing Justice. And plaintiff is entitled to
damages demanded herein of $3,000,000.00 PLUS Punitive damages
and the courts have held that pro per litigants can receive
attorney type fees for litigations/working, just like in probate
matters; the administrator is paid for all hours worked on the
estate. Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry
Theodore McCallup JR Beneficiary and Power of attorney and
medical Power of Attorney documented with the military and other
courts in other states including Virginia. No court, no hospital,
NO action concerning Plaintiff Jerry Theodore McCallup JR. can
precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XXXI NEGLIGENCE** Damage Demand $1,700,000.00
Defendants: Williamsburg Department of Human Services social
services Division, Scarlett Huang (compliance officer), Envoy of
Williamsburg, Scarlett Huang (compliance officer),  Envoy of
Williamsburg, Wendy Evans Williamsburg human services,  Brittany
Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore
McCallup III, Deborah Al-Jarboua, Jeremy Mccallup
Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city
county , Brain L. Stevenson Jr

1. Plaintiff re-affirms all the aforesaid herein and state:

2. Wherefore, causing plaintiffs damages, grief, undue
   stressors, emotional distress, fees, fines sabotaging
   plaintiffs statue of limitations, obstructing Justice. And
   plaintiff is entitled to damages demanded herein of
   $3,000,000.00 PLUS Punitive damages and the courts have held
   that pro per litigants can receive attorney type fees for
   litigations/working, just like in probate matters; the
   administrator is paid for all hours worked on the
   estate. Plaintiff Dr Veronica McCallup DSc is Plaintiff's
   Jerry Theodore McCallup JR Beneficiary and Power of attorney
   and medical Power of Attorney documented with the military
   and other courts in other states including Virginia. No
   court, no hospital, NO action concerning Plaintiff Jerry
   Theodore McCallup JR. can precede without Plaintiff Dr.
   Veronica McCallup DSc.

**CLAIM XXXII RECKLESSNESS** Damage Demand $1,700,000.00
Defendants: Williamsburg Department of Human Services social services Division, Scarlett Huang (compliance officer), Envoy of Williamsburg, Department of Human Services social services Division, Scarlett Huang (compliance officer)  Envoy of Williamsburg, Wendy Evans Williamsburg human services,  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup, County of James city county Jeremy McCallup Wife, Fahad Al-Jarboua, Brain L. Stevenson Jr

1. Plaintiff re-affirms all the aforesaid herein and state:

2. The acts of defendants are careless reckless unwarranted, wanton and intentional. To get a court order is intentional act of aggression against plaintiff's rights.

3. Plaintiff Jerry Theodore McCallup Jr repeatedly requested sister, Dr. Veronica McCallup DSc and defendants refused to locate plaintiff. (Beneficiary, Power of Attorney, Medical Power of Attorney). He would have moved in with his sister.

4. Plaintiffs are Native American Indians who have been to college and Universities exceeding associate degrees in Science Technology and Medicine. Plaintiffs had a business together that they ran from Detroit Michigan. Chicago, IL, California, and Texas. Plaintiff CTI Chemicals and Allied Products, Inc. The killing, poisoning, hindering, blocking of plaintiffs contact with sister and business, obstruction, Interference was malicious and intentional, willful and wonton.

5. Defendants Never had Jurisdiction to place plaintiff under ADULT PROTECTIVE SERVICES, and defendants never gave notice to all the family and plaintiffs; that there was court hearings or to any court hearing or court action.  to place plaintiff under protective services was unlawful and done by NON_FAMILY MEMBERS in co=conspiracy with Williamsburg social services and defendant Britany Moore. under these deprival of rights and lack of due process; plaintiff died and defendants basically KIDNAPPED plaintiff and forced death upon Plaintiff. The (Al-Jarboua's are NOT family members. The Cubans and Arabs are NOT family members, they pretended to be plaintiff "wife" (x-wife, plaintiff WASN'T married) and plaintiff son in Colorado (plaintiff son in Colorado wasn't in Virginia)). Jeremy McCallup was a married man and caused Jerry Theodore McCallup

Jr williamsbug house to go into forclosure by deception. (the bills were paid, everything was taken care of,….)Plaintiff Jerry Theodore McCallup Jr had a monthly income of $3,400.00-$4,900.00 and had 20 years of equity in the house. Theres no reason to lose the home except Defendant Jeremy McCallup , Fahad Al-jarboua and Deborah Al-jarboua scheme. Defendant Jeremy McCallup was 20- 22 years old and had gotten married and wanted the house.

6.Defendants were discriminating against Plaintiff and forcing death upon plaintiff; because of his race, creed, nationality and culture. On plaintiff birth certificate and death certificate it documents that plaintiff is a native American, an Indian. Plaintiff health could be treated with diet.

7.Plaintiffs recently learned that defendants used and allowed defendants Deborah Al- Jarboua, Fahad Al-Jarboua and Jeremy McCallup to pretend to be and to steal the identity of and aggravated identity theft, of: plaintiffs: 1. X-wife 2. plaintiff son; in order, to locate plaintiff money, insurance policies and property.

8.Plaintiff learned that defendants wanted the plaintiff Jerry Theodore McCallup Jr dead/to die; to collect his money, bank accounts, insurances, and property and to ensure death, they blocked tricked, would not contact, plaintiff Jerry Theodore McCallup Jr. sis, Dr. Veronica Renee McCallup DSc who is a medical doctor and who has been treating plaintiff holistically until plaintiff met the Cubans/arabs (al-jarboua's).

9.Hospital records and social service records and State records and court records DOCUMENT; that, defendant Deborah S. Al-Jarboua was in continual contact with defendants and that defendant Brittany moore and her supervisor "Evans" and the James city county Williamsburg and Envoy of Williamsburg used the 3 defendants (Deborah Al-Jarboua, Fahad Al-Jarboua, Jeremy McCallup) recommendations to treat and medicate and kill plaintiff Jerry Theodore McCallup Jr.

10.Defendants Negligence caused another death during the same time frame, same location, same gender, same age group and under the same staff. This indicates that Defendant Scarlett Huag is in the morbid business and not compliance business. Two deaths with in a week of each other obviously indicate Envoy of Williamsburg is into murder.

11.All Defendants co-conspired to cause Plaintiffs death, even after plaintiff informed defendants he didn't take medications.

12.All Defendants Reckless and wanton conduct caused Plaintiffs wrongful death. All plaintiff's medical conditions could be treated with diet. Patients with Identical conditions are treated with diet ALL OVER THE WORLD.

13. Defendants of the Adult Protective Services division, abused power and co-conspired to cause plaintiff death with (the Cubans/Arabs Al-Jarboau's who are unauthorized persons violating HIPPA LAWS.

14. This wrongful death complaint cause of action, civil complaint has caused a. sorrow, b. mental anguish, c. loss of companionship and d. business partnership.

15. Plaintiff seeks Compensation for reasonably expected loss income from loss of business provided by the decedent.

16. Plaintiff seeks Expenses for the care and treatment and hospitalization of the decedent resulting in death and return of all expenses paid for unauthorized treatments and hospitalization.

17. Plaintiff seeks Funeral expenses and burial expenses because the cremation is in a bottle on the table.

18. Plaintiff seeks Punitive Damages, Plaintiff seeks compensatory damages

19. Plaintiff Dr. Veronica McCallup DSc is Plaintiff Administrator and Executor and is also Plaintiffs Beneficiary and Power of attorney and Medical Power of Attorney. However, was not ever contacted, called, emailed, found on facebook nor any other social media in violation of due process. And seek awards of all damages within this complaint.

20. The state last inspection on this facility was July 2018 and no further check ups were made. The state found serious violations at that time, that were not ever corrected. The county should have been aware of these violations and should never have placed the plaintiff there, nor should Jerry Theodore McCallup Jr. have been placed in any hospital. His Doctor sister could have taken him home or to a better care facility.

21. Nor should defendants send any person to these violating defendants for any care, hospice care or post care of any kind. The State should care about seniors and not conspire in senior abuse, elder abuse and violation to medicare medicade spending, medicade.

22. The Williamsburg Judge is included as a defendant because he knew all parties wasn't served/found/included. And the Judge defendant is the only Judge in town and when plaintiff attempted to file the wrongful death lawsuit in 2019, this Judge would return the documents without filing. Plaintiff went to Virginia and personally filed the lawsuit and the Judge refused to allow plaintiff to file the Lawsuit. Plaintiff a 3rd time filed the rejected lawsuit and the Judge refused to allow plaintiff to file the lawsuit and WOULDN'T tell plaintiff why after 3-4 times.

23. AS a Result of these defendants actions Defendant(s) Caused the Death of Jerry Theodore McCallup Jr. and plaintiff seek

the said damages. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XXXIII DISCRIMINATION** Damage Demand $1,700,000.00

Defendants: Williamsburg Department of Human Services social services Division, Scarlett Huang (compliance officer) Envoy of Williamsburg, Department of Human Services social services Division , Scarlett Huang (compliance officer),  Envoy of Williamsburg, Wendy Evans Williamsburg human services,  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city county, Brain L. Stevenson Jr

1. Plaintiff affirms all aforesaid and state:

2.Plaintiff records document Plaintiff as a Native American, Indian and the prejudices to Native Americans has caused sicknesses and death historically.

3.Wrongful Death due to a preventable medical error and the reckless/negligent behavior of defendants.

4. Wrongful death and Patient Rights

5. Time after time after time the medical staff failed to properly obtain medical care out side of Virginia and give Plaintiff Jerry Theodore McCallup Jr, the best care.

6.Callous indifference to Native Americans.

7. Defendants (the Cubans/Arabs) hated Native American Indian plaintiff Jerry Theodore McCallup Jr and wanted him dead and would not seek the best recovery nor treatment for Plaintiff. Plaintiff sister is a Medical doctor living in California and Plaintiff sister could have moved Brother plaintiff Jerry Theodore McCallup to hospitals in California, Chicago, Detroit, Kansas City for better care than Envoy of Williamsburg, VA. Defendant Envoy of Williamsburg was in major State and Federal violations through 2018 and 2019 and was shut down after two (2) law suits were filed against the company. And the state is include here as a defendant because the defendant State of Virginia, never return for a compliance check after citing the defendants Violations in 2018 and thereby the compliance officer of Envoy is a defendant. Another patient of Defendant Envoy of Williamsburg died the same week that plaintiff Jerry Theodore McCallup Jr. died.

8.Thereby, Defendants causing undue suffering of Plaintiffs knee and Religious diet and even allowing plaintiff to meet with the other Natives in the area. There are 10 Tribes in the area that would have come to the facility to administer religious rights.

   9.AS a Result of these defendants actions Defendant(s) Caused the Death of Jerry Theodore McCallup Jr. and plaintiff seek the said damages. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XXXIV CONSPIRACY** Damage Demand $3,000,000.00
Defendants: Williamsburg Department of Human Services social services Division, Scarlett Huang (compliance officer) Envoy of Williamsburg, Department of Human Services social services Division , Scarlett Huang (compliance officer)  Envoy of Williamsburg, Wendy Evans Williamsburg human services,  Brittany

Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore
McCallup III, Deborah Al-Jarboua, Jeremy Mccallup
Jeremy McCallup Wife, Fahad Al-Jarboua, County of James city
county

1. Plaintiff affirms all aforesaid and state: That defendants
   know one another and often work together to control a person
   and situation according to their ideologies.
3. Plaintiff further supports the theory that plaintiff knew
   defendants were trying to rob him/swindle him about 2014.
   Plaintiff tried to separate from the Cuban/Arab defendants
   and plaintiff $350,000 home entered foreclosure after owning
   the home and another house and properties over twenty (20)
   years.
4. Plaintiff believes these defendants had been poisoning
   plaintiff in the home; prior to any medical conditions and
   rush to have plaintiff cremated before plaintiff family
   learned of plaintiffs death. Plaintiff had enough money for
   burial and plaintiff family is against cremations.
5. AS a Result of these defendants actions Defendant(s) Caused
   the Death of Jerry Theodore McCallup Jr. and plaintiff seek
   the said damages. Wherefore, causing plaintiffs damages,
   grief, undue stressors, emotional distress, fees, fines
   sabotaging plaintiffs statue of limitations, obstructing
   Justice. And plaintiff is entitled to damages demanded
   herein of $3,000,000.00 PLUS Punitive damages and the courts
   have held that pro per litigants can receive attorney type
   fees for litigations/working, just like in probate matters;
   the administrator is paid for all hours worked on the
   estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's
   Jerry Theodore McCallup JR Beneficiary and Power of attorney
   and medical Power of Attorney documented with the military
   and other courts in other states including Virginia. No
   court, no hospital, NO action concerning Plaintiff Jerry
   Theodore McCallup JR. can precede without Plaintiff Dr.
   Veronica McCallup DSc.

**CLAIM XXXV RICO CORRUPTION** Damage Demand **three times complaint**
Defendants: Williamsburg Department of Human Services social
services Division , Scarlett Huang (compliance officer)  Envoy of
Williamsburg, Wendy Evans Williamsburg human services,  Brittany

Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup Jeremy McCallup Wife, Fahad Al-Jarboua Scarlett Huang (compliance officer), Envoy of Williamsburg, County of James city county

1. Plaintiff affirms all aforesaid and state:

2. The Racketeer Influenced and Corrupt Organizations (RICO) Act is a United States federal law that provides for extended criminal penalties and a civil cause of action for acts performed as part of an ongoing criminal organization. The RICO Act focuses specifically on racketeering and allows the *leaders* of a syndicate to be tried for the crimes they *ordered* others to do or assisted them in doing, closing a perceived loophole that allowed a person who instructed someone else to, for example, murder, to be exempt from the trial because they did not actually commit the crime personally

3. RICO also permits a private individual "damaged in his business or property" by a "racketeer" to file a <u>civil suit</u>. The plaintiff must prove the existence of an "enterprise". The defendant(s) are not the enterprise; in other words, the defendant(s) and the enterprise are not one and the same. There must be one of four specified relationships between the defendant(s) and the enterprise: either the defendant(s) invested the proceeds of the pattern of racketeering activity into the enterprise (18 U.S.C. § 1962(a)); or the defendant(s) acquired or maintained an interest in, or control of, the enterprise through the pattern of racketeering activity (subsection (b)); or the defendant(s) conducted or participated in the affairs of the enterprise "through" the pattern of racketeering activity (subsection (c)); or the defendant(s) conspired to do one of the above (subsection (d)). In essence,

the enterprise is either the 'prize,' 'instrument,' 'victim,' or 'perpetrator' of the racketeers.

6. Defendants Deborah Al-Jarboau (the Cubans/Arabs) hated Native American Indian plaintiff Jerry Theodore McCallup Jr and wanted him dead and would not seek the best recovery nor treatment for Plaintiff.

7. Defendant Deborah Al-Jarboua sought men to pay her and her Cuban family way in America and finance her and Cuban family in America.

8. Defendant Deborah Al-Jarboua is "SERIAL"; like a serial killer. Men run from her when they figure her out, Her mode of action is: foreign men/ Native American men. She cries wolf. They feel sorry for her, she moves in. She gets pregnant. She attempts to kill them/mame them/ incapacitate them/poison them/put "something in their food".

9. Defendant Deborah Al-Jarboua enterprise consisted of marrying these non-american men and living with these men. First was the arab guy "al-jarboua" who she had a child by. When he determined that she was for money , he took the child (defendant Fahad Al-jarboua) and he left the country/America with the child.

10.     Some how defendant Deborah Al-Jarboua was able to use a Cuban santerian spell on Plaintiff Jerry Theodore McCallup JR and suckered him into Going to Arabia and retrieving defendant Fahad Al-Jarboua. Plaintiff Jerry Theodore McCallup JR begain having medical problems after that.

11.     Plaintiff Dr. Veronica McCallup DSC began treating plaintiff Jerry Theodore McCallup JR and he distanced himself from the Cuban woman defendant Deborah Al-Jarboua.

12.     Plaintiff sister is a Medical doctor living in California and Plaintiff sister could have moved Brother plaintiff Jerry Theodore McCallup to hospitals in California, Chicago, Detroit, Kansas City for better care than Envoy of Williamsburg, VA.

13.     Defendant Envoy of Williamsburg was in major State and Federal violations through 2018 and 2019 and was shut down after two (2) law suits were filed against the company. And the state is include here as a defendant because the defendant State of Virginia, never return for a compliance check after citing the defendants Violations in 2018 and thereby the compliance officer of Envoy is a defendant. Another patient of Defendant Envoy of Williamsburg died the same week that plaintiff Jerry Theodore McCallup Jr. died.

14.     Defendants Brittany Moore, the Williamsburg human services and the city of Williamsburg and county of James

county Virginia obviously had to agree to obtain a court order without plaintiff's power of attorney and medical power of attorney.

15.     Defendants Brittany Moore and the Williamsburg human services and the city of Williamsburg and county of James County Virginia obviously had to co-conspire with the hospitals involved, to place plaintiff in their facilities and thereafter, placed into ENVOY of Williamsburg who should have been shut down by the state of Virginia for all the serious violations, determined by the state of Virginia. So knowingly, these defendants are endangering seniors, plaintiff that has resulted in death. Wrongful Death This Civil action and Complaint is for damages sustained by plaintiff(s) for the malicious and intentional actions and wrongful death caused by defendants, they have cause the wrongful death of plaintiff using trickery, theft of identification, deprival of medical care . VA 8.01 -50 VA 8.01 - 244 1977 c.617, 1958 c 470, 1981 c 115, 2012 c 725 Shepard v. Capitol Foundry of Va., 262 Va. 715, 718-719 (Va. 2001)

16.     Deprival of Medical Care and medical care in another State

17.     Defendants Administered contraindicated medicines to plaintiff Jerry Theodore McCallup Jr, that caused him seizures and brain injury , Renal Failure, and death; against plaintiffs continual complaints that those medicines being contraindicative to him. This is proven by the defendants illegally having to forcibly get an illegal court order and forcibly administer contraindicative drugs before and after February 2019 and defendants continually forcing medicines on Plaintiff through and including February 2019 until about March 2, 2019 when plaintiff died from the prior times of forced drugging. Plaintiff is a retired military vet that didn't have any medical problems that would cause death. The defendant had been an athlete all his life and father was a professional athlete and sister an athlete. Athletics and health conscience is a family trait.

18.     AS a Result of these defendants actions Defendant(s) Caused the Death of Jerry Theodore McCallup Jr. and plaintiff seek the said damages. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just

like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XXXVI LOSS OF INCOME** Damage Demand $13,000,000.00
Defendants: Williamsburg Department of Human Services social services Division, Scarlett Huang (compliance officer) Envoy of Williamsburg, Department of Human Services social services Division , Scarlett Huang (compliance officer)  Envoy of Williamsburg, Wendy Evans Williamsburg human services,  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup Jeremy McCallup Wife, Fahad Al-Jarboua , County of James city county

1. Plaintiff affirms all aforesaid and state:
2.That Plaintiff and his Sister; Dr. Veronica McCallup DSc ran a business together called CTI Chemicals and Allied Products, Inc out of Chicago Il and CTI, Inc out of Detroit Michigan.
3.Plaintiff was in contact with military friends and family members in many fields and locations, they would send perspective contracts to plaintiff who would evaluate them and His sister would create the plan to fulfill the contracts.
4. Plaintiff Jerry Theodore McCallup Jr repeatedly requested sister, Dr. Veronica McCallup DSc and defendants refused to locate plaintiff. (Beneficiary, Power of Attorney, Medical Power of Attorney). He would have moved in with his sister.
5.Plaintiffs are Native American Indians who have been to college and Universities exceeding associate degrees in Science Technology and Medicine. Plaintiffs had a business together that they ran from Detroit Michigan. Chicago, IL, California, and Texas. Plaintiff CTI Chemicals and Allied Products, Inc. The killing, poisoning, hindering, blocking of plaintiffs

contact with sister and business, obstruction, Interference was malicious and intentional, willful and wonton.

6. Defendants Never had Jurisdiction to place plaintiff under ADULT PROTECTIVE SERVICES, and defendants never gave notice to all the family and plaintiffs; that there was court hearings or to any court hearing or court action.  to place plaintiff under protective services was unlawful and done by NON_FAMILY MEMBERS in co=conspiracy with Williamsburg social services and defendant Britany Moore. under these deprival of rights and lack of due process; plaintiff died and defendants basically KIDNAPPED plaintiff and forced death upon Plaintiff. The (Al-Jarboua's are NOT family members. The Cubans and Arabs are NOT family members, they pretended to be plaintiff "wife" (x-wife, plaintiff WASN'T married) and plaintiff son in Colorado (plaintiff son in Colorado wasn't in Virginia)). Jeremy McCallup was a married man and caused Jerry Theodore McCallup Jr williamsbug house to go into forclosure by deception. (the bills were paid, everything was taken care of,….) Plaintiff Jerry Theodore McCallup Jr had a monthly income of $3,400.00-$4,900.00 and had 20 years of equity in the house. Theres no reason to lose the home except Defendant Jeremy McCallup , Fahad Al-jarboua and Deborah Al-jarboua scheme. Defendant Jeremy McCallup was 20- 22 years old and had gotten married and wanted the house.

6. Defendants were discriminating against Plaintiff and forcing death upon plaintiff; because of his race, creed, nationality and culture. On plaintiff birth certificate and death certificate it documents that plaintiff is a native American, an Indian. Plaintiff health could be treated with diet.

7. Plaintiffs recently learned that defendants used and allowed defendants Deborah Al- Jarboua, Fahad Al-Jarboua and Jeremy McCallup to pretend to be and to steal the identity of and aggravated identity theft, of: plaintiffs: 1. X-wife 2. plaintiff son; in order, to locate plaintiff money, insurance policies and property.

8. Plaintiff learned that defendants wanted the plaintiff Jerry Theodore McCallup Jr dead/to die; to collect his money, bank accounts, insurances, and property and to ensure death, they blocked tricked, would not contact, plaintiff Jerry Theodore McCallup Jr. sis, Dr. Veronica Renee McCallup DSc who is a medical doctor and who has been treating plaintiff holistically until plaintiff met the Cubans/arabs (al-jarboua's).

9. Hospital records and social service records and State records and court records DOCUMENT; that, defendant Deborah S. Al-Jarboua was in continual contact with defendants and that defendant Brittany moore and her supervisor "Evans" and the James city county Williamsburg and Envoy of Williamsburg used

the 3 defendants (Deborah Al-Jarboua, Fahad Al-Jarboua, Jeremy McCallup) recommendations to treat and medicate and kill plaintiff Jerry Theodore McCallup Jr.

10. Defendants Negligence caused another death during the same time frame, same location, same gender, same age group and under the same staff. This indicates that Defendant Scarlett Huag is in the morbid business and not compliance business. Two deaths with in a week of each other obviously indicate Envoy of Williamsburg is into murder.

11. All Defendants co-conspired to cause Plaintiffs death, even after plaintiff informed defendants he didn't take medications.

12. All Defendants Reckless and wanton conduct caused Plaintiffs wrongful death. All plaintiff's medical conditions could be treated with diet. Patients with Identical conditions are treated with diet ALL OVER THE WORLD.

13. Defendants of the Adult Protective Services division, abused power and co-conspired to cause plaintiff death with (the Cubans/Arabs Al-Jarboau's who are unauthorized persons violating HIPPA LAWS.

14. This wrongful death complaint cause of action, civil complaint has caused a. sorrow, b. mental anguish, c. loss of companionship and d. business partnership.

15. Plaintiff seeks Compensation for reasonably expected loss income from loss of business provided by the decedent.

16. Plaintiff seeks Expenses for the care and treatment and hospitalization of the decedent resulting in death and return of all expenses paid for unauthorized treatments and hospitalization.

17. Plaintiff seeks Funeral expenses and burial expenses because the cremation is in a bottle on the table.

18. Plaintiff seeks Punitive Damages

19. Plaintiff seeks compensatory damages

20. Dr. Veronica McCallup DSc is Plaintiff Administrator and Executor and is also Plaintiffs Beneficiary and Power of attorney and Medical Power of Attorney. However, was not ever contacted, called, emailed, found on facebook nor any other social media in violation of due process. And seek awards of all damages within this complaint.

21. The state last inspection on this facility was July 2018 and no further check ups were made. The state found serious violations at that time, that were not ever corrected. The county should have been aware of these violations and should never have placed the plaintiff there, nor should Jerry Theodore McCallup Jr. have been placed in any hospital. His Doctor sister could have taken him home or to a better care facility.

22. Nor should defendants send any person to these violating defendants for any care, hospice care or post care of any kind. The State should care about seniors and not conspire in senior abuse, elder abuse and violation to medicare medicade spending, medicade.

23. The Williamsburg Judge is included as a defendant because he knew all parties wasn't served/found/included. And the Judge defendant is the only Judge in town and when plaintiff attempted to file the wrongful death lawsuit in 2019, this Judge would return the documents without filing. Plaintiff went to Virginia and personally filed the lawsuit and the Judge refused to allow plaintiff to file the Lawsuit. Plaintiff a 3rd time filed the rejected lawsuit and the Judge refused to allow plaintiff to file the lawsuit and WOULDN'T tell plaintiff why after 3-4 times.

24. AS a Result of these defendants actions Defendant(s) Caused loss of contracts by and through the Death of Jerry Theodore McCallup Jr. and plaintiff seek the said damages. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate. Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XXXVII VIOLATION OF RELIGIOUS PRACTICES** Damage Demand $3,000,000.00

Defendants: Williamsburg Department of Human Services social services Division, Scarlett Huang (compliance officer), Envoy of Williamsburg, Wendy Evans Williamsburg human services, Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup, County of James city county, Jeremy McCallup Wife, Fahad Al-Jarboua,

1. Plaintiff affirms all aforesaid and state: Defendants knew from medical records that Plaintiff was a native Indian and required religious freedoms and dietary rights.

2. The depriving plaintiff the right to refuse a pill is denying rights.

3. Plaintiff further supports the theory that plaintiff knew defendants were trying to rob him/swindle him about 2014. Plaintiff tried to separate from the Cuban/Arab defendants and plaintiff $350,000 home entered foreclosure after owning the home and another house and properties over twenty (20) years.

4. Plaintiff believes these defendants had been poisoning plaintiff in the home; prior to any medical conditions and rush to have plaintiff cremated before plaintiff family learned of plaintiffs death. Plaintiff had enough money for burial and plaintiff family is against cremations.

5. To create a court case by the city of Williamsburg and James city count to kidnap Plaintiff because he exercised his rights to refuse contra-indicated medicine is cruel and unusual punishment, its harsh and malicious bullying to show control by Brittany and her abuse of power and manipulation of the system to have power over plaintiff. Most women like Plaintiff and Brittany moore may have been upset that plaintiff refused her advances.

6. Plaintiff received 3 checks per month thereby he was a good catch for ENVOY of Williamsburg  hospitals and girls and the reason the Al-Jarboua's wanted his money and him dead to collect his savings , insurances and properties

7. Plaintiff Jerry Theodore McCallup Jr repeatedly requested sister, Dr. Veronica McCallup DSc and defendants refused to locate plaintiff. (Beneficiary, Power of Attorney, Medical Power of Attorney). He would have moved in with his sister.

8. Plaintiffs are Native American Indians who have been to college and Universities exceeding associate degrees in Science Technology and Medicine. Plaintiffs had a business together that they ran from Detroit Michigan. Chicago, IL, California, and Texas. Plaintiff CTI Chemicals and Allied Products, Inc. The killing, poisoning, hindering, blocking of plaintiffs contact with sister and business, obstruction, Interference was malicious and intentional, willful and wonton.

9.Defendants Never had Jurisdiction to place plaintiff under ADULT PROTECTIVE SERVICES, and defendants never gave notice to all the family and plaintiffs; that there was court hearings or to any court hearing or court action.  to place plaintiff under protective services was unlawful and done by NON_FAMILY MEMBERS in co=conspiracy with Williamsburg social services and defendant Britany Moore. under these deprival of rights and lack of due process; plaintiff died and defendants basically KIDNAPPED plaintiff and forced death upon Plaintiff. The (Al-Jarboua's are NOT family members. The Cubans and Arabs are NOT family members, they pretended to be plaintiff "wife" (x-wife, plaintiff WASN'T married) and plaintiff son in Colorado (plaintiff son in Colorado wasn't in Virginia)). Jeremy McCallup was a married man and caused Jerry Theodore McCallup Jr williamsbug house to go into forclosure by deception. (the bills were paid, everything was taken care of,….)Plaintiff Jerry Theodore McCallup Jr had a monthly income of $3,400.00-$4,900.00 and had 20 years of equity in the house. Theres no reason to lose the home except Defendant Jeremy McCallup , Fahad Al-jarboua and Deborah Al-jarboua scheme. Defendant Jeremy McCallup was 20- 22 years old and had gotten married and wanted the house.

10.Defendants were discriminating against Plaintiff and forcing death upon plaintiff; because of his race, creed, nationality and culture. On plaintiff birth certificate and death certificate it documents that plaintiff is a native American, an Indian. Plaintiff health could be treated with diet.

11.Plaintiffs recently learned that defendants used and allowed defendants Deborah Al- Jarboua, Fahad Al-Jarboua and Jeremy McCallup to pretend to be and to steal the identity of and aggravated identity theft, of: plaintiffs: 1. X-wife 2. plaintiff son; in order, to locate plaintiff money, insurance policies and property.

12.Plaintiff learned that defendants wanted the plaintiff Jerry Theodore McCallup Jr dead/to die; to collect his money, bank accounts, insurances, and property and to ensure death, they blocked tricked, would not contact, plaintiff Jerry Theodore McCallup Jr. sis, Dr. Veronica Renee McCallup DSc who is a medical doctor and who has been treating plaintiff holistically until plaintiff met the Cubans/arabs (al-jarboua's).

13.Hospital records and social service records and State records and court records DOCUMENT; that, defendant Deborah S. Al-Jarboua was in continual contact with defendants and that defendant Brittany moore and her supervisor "Evans" and the James city county Williamsburg and Envoy of Williamsburg used the 3 defendants (Deborah Al-Jarboua, Fahad Al-Jarboua, Jeremy

McCallup) recommendations to treat and medicate and kill plaintiff Jerry Theodore McCallup Jr.

14. Defendants Negligence caused another death during the same time frame, same location, same gender, same age group and under the same staff. This indicates that Defendant Scarlett Huag is in the morbid business and not compliance business. Two deaths with in a week of each other obviously indicate Envoy of Williamsburg is into murder.

15. All Defendants co-conspired to cause Plaintiffs death, even after plaintiff informed defendants he didn't take medications.

16. All Defendants Reckless and wanton conduct caused Plaintiffs wrongful death. All plaintiff's medical conditions could be treated with diet. Patients with Identical conditions are treated with diet ALL OVER THE WORLD.

17. Defendants of the Adult Protective Services division, abused power and co-conspired to cause plaintiff death with (the Cubans/Arabs Al-Jarboau's who are unauthorized persons violating HIPPA LAWS.

18. This wrongful death complaint cause of action, civil complaint has caused a. sorrow, b. mental anguish, c. loss of companionship and d. business partnership.

19. Plaintiff seeks Compensation for reasonably expected loss income from loss of business provided by the decedent.

20. Plaintiff seeks Expenses for the care and treatment and hospitalization of the decedent resulting in death and return of all expenses paid for unauthorized treatments and hospitalization.

21. Plaintiff seeks Funeral expenses and burial expenses because the cremation is in a bottle on the table.

22. Plaintiff seeks Punitive Damages, Plaintiff seeks compensatory damages

23. Dr. Veronica McCallup DSc is Plaintiff Administrator and Executor and is also Plaintiffs Beneficiary and Power of attorney and Medical Power of Attorney. However, was not ever contacted, called, emailed, found on facebook nor any other social media in violation of due process. And seek awards of all damages within this complaint.

24. The state last inspection on this facility was July 2018 and no further check ups were made. The state found serious violations at that time, that were not ever corrected. The county should have been aware of these violations and should never have placed the plaintiff there, nor should Jerry Theodore McCallup Jr. have been placed in any hospital. His Doctor sister could have taken him home or to a better care facility.

25. Nor should defendants send any person to these violating defendants for any care, hospice care or post care of any kind.

The State should care about seniors and not conspire in senior abuse, elder abuse and violation to medicare medicade spending, medicade.

26. The Williamsburg Judge is included as a defendant because he knew all parties wasn't served/found/included. And the Judge defendant is the only Judge in town and when plaintiff attempted to file the wrongful death lawsuit in 2019, this Judge would return the documents without filing. Plaintiff went to Virginia and personally filed the lawsuit and the Judge refused to allow plaintiff to file the Lawsuit. Plaintiff a 3rd time filed the rejected lawsuit and the Judge refused to allow plaintiff to file the lawsuit and WOULDN'T tell plaintiff why after 3-4 times.

27. AS a Result of these defendants actions Defendant(s) Caused the Death of Jerry Theodore McCallup Jr. and plaintiff seek the said damages. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.


**CLAIM XXXVIII Wrongful death and survival statute 42 U.S. Code § 1996 – Protection and preservation.** the policy of the United States to protect and preserve for American Indians their inherent right of freedom to believe, express, and exercise the traditional religions of the American Indian, Eskimo, Aleut, and Native Hawaiians, including but not limited to access to sites, use and possession of sacred objects, and the freedom to worship through ceremonials and traditional rites.

Damage Demand $5,000,000.00

Defendants: Williamsburg Department of Human Services social services Division, Scarlett Huang (compliance officer) Envoy of Williamsburg, Department of Human Services social services

Division , Scarlett Huang (compliance officer)  Envoy of
Williamsburg, Wendy Evans Williamsburg human services,  Brittany
Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore
McCallup III, Deborah Al-Jarboua, Jeremy Mccallup
Jeremy McCallup Wife, Fahad Al-Jarboua , County of James city
county

1. Plaintiff re-affirms all the aforesaid herein and state: That
plaintiff Jerry Theodore McCallup JR death certificate is not
signed by a doctor. It doesn't state the cause of death and the
only information on the death certificate is from a slow mentally
incapacitated child. So the cause of death is unknown. That's how
defendants cover up their recklessness, abuse and negligence.

2.Defendants (the Cubans/Arabs) hated Native American Indian
plaintiff Jerry Theodore McCallup Jr and wanted him dead and
would not seek the best recovery nor treatment for Plaintiff.
Plaintiff sister is a Medical doctor living in California and
Plaintiff sister could have moved Brother plaintiff Jerry
Theodore McCallup to hospitals in California, Chicago, Detroit,
Kansas City for better care than Envoy of Williamsburg, VA.
Defendant Envoy of Williamsburg was in major State and Federal
violations through 2018 and 2019 and was shut down after two (2)
law suits were filed against the company. And the state is
include here as a defendant because the defendant State of
Virginia, never return for a compliance check after citing the
defendants Violations in 2018 and thereby the compliance officer
of Envoy is a defendant. Another patient of Defendant Envoy of
Williamsburg died the same week that plaintiff Jerry Theodore
McCallup Jr. died.
3. Plaintiff Jerry Theodore McCallup Jr repeatedly requested
sister, Dr. Veronica McCallup DSc and defendants refused to
locate plaintiff. (Beneficiary, Power of Attorney, Medical Power
of Attorney). He would have moved in with his sister.
4.Plaintiffs are Native American Indians who have been to college
and Universities exceeding associate degrees in Science
Technology and Medicine. Plaintiffs had a business together that
they ran from Detroit Michigan. Chicago, IL, California, and
Texas. Plaintiff CTI Chemicals and Allied Products, Inc. The
killing, poisoning, hindering, blocking of plaintiffs contact
with sister and business, obstruction, Interference was malicious
and intentional, willful and wonton.

5.Defendants Never had Jurisdiction to place plaintiff under ADULT PROTECTIVE SERVICES, and defendants never gave notice to all the family and plaintiffs; that there was court hearings or to any court hearing or court action. to place plaintiff under protective services was unlawful and done by NON_FAMILY MEMBERS in co=conspiracy with Williamsburg social services and defendant Britany Moore. under these deprival of rights and lack of due process; plaintiff died and defendants basically KIDNAPPED plaintiff and forced death upon Plaintiff. The (Al-Jarboua's are NOT family members. The Cubans and Arabs are NOT family members, they pretended to be plaintiff "wife" (x-wife, plaintiff WASN'T married) and plaintiff son in Colorado (plaintiff son in Colorado wasn't in Virginia)). Jeremy McCallup was a married man and caused Jerry Theodore McCallup Jr williamsbug house to go into forclosure by deception. (the bills were paid, everything was taken care of,….)Plaintiff Jerry Theodore McCallup Jr had a monthly income of $3,400.00-$4,900.00 and had 20 years of equity in the house. Theres no reason to lose the home except Defendant Jeremy McCallup , Fahad Al-jarboua and Deborah Al-jarboua scheme. Defendant Jeremy McCallup was 20- 22 years old and had gotten married and wanted the house.

6.Defendants were discriminating against Plaintiff and forcing death upon plaintiff; because of his race, creed, nationality and culture. On plaintiff birth certificate and death certificate it documents that plaintiff is a native American, an Indian. Plaintiff health could be treated with diet.

7.Plaintiffs recently learned that defendants used and allowed defendants Deborah Al- Jarboua, Fahad Al-Jarboua and Jeremy McCallup to pretend to be and to steal the identity of and aggravated identity theft, of: plaintiffs: 1. X-wife 2. plaintiff son; in order, to locate plaintiff money, insurance policies and property.

8.Plaintiff learned that defendants wanted the plaintiff Jerry Theodore McCallup Jr dead/to die; to collect his money, bank accounts, insurances, and property and to ensure death, they blocked tricked, would not contact, plaintiff Jerry Theodore McCallup Jr. sis, Dr. Veronica Renee McCallup DSc who is a medical doctor and who has been treating plaintiff holistically until plaintiff met the Cubans/arabs (al-jarboua's).

9.Hospital records and social service records and State records and court records DOCUMENT; that, defendant Deborah S. Al-Jarboua was in continual contact with defendants and that defendant Brittany moore and her supervisor "Evans" and the James city county Williamsburg and Envoy of Williamsburg used the 3 defendants (Deborah Al-Jarboua, Fahad Al-Jarboua, Jeremy McCallup) recommendations to treat and medicate and kill plaintiff Jerry Theodore McCallup Jr.

10.Defendants Negligence caused another death during the same time frame, same location, same gender, same age group and under the same staff. This indicates that Defendant Scarlett Huag is in the morbid business and not compliance business. Two deaths with in a week of each other obviously indicate Envoy of Williamsburg is into murder.

11.All Defendants co-conspired to cause Plaintiffs death, even after plaintiff informed defendants he didn't take medications.

12.All Defendants Reckless and wanton conduct caused Plaintiffs wrongful death. All plaintiff's medical conditions could be treated with diet. Patients with Identical conditions are treated with diet ALL OVER THE WORLD.

13.Defendants of the Adult Protective Services division, abused power and co-conspired to cause plaintiff death with (the Cubans/Arabs Al-Jarboau's who are unauthorized persons violating HIPPA LAWS.

14.This wrongful death complaint cause of action, civil complaint has caused a. sorrow, b. mental anguish, c. loss of companionship and d. business partnership.

15.Plaintiff seeks Compensation for reasonably expected loss income from loss of business provided by the decedent.

16.Plaintiff seeks Expenses for the care and treatment and hospitalization of the decedent resulting in death and return of all expenses paid for unauthorized treatments and hospitalization.

17.Plaintiff seeks Funeral expenses and burial expenses because the cremation is in a bottle on the table.Plaintiff seeks Punitive Damages, Plaintiff seeks compensatory damages

18.Dr. Veronica McCallup DSc is Plaintiff Administrator and Executor and is also Plaintiffs Beneficiary and Power of attorney and Medical Power of Attorney. However, was not ever contacted, called, emailed, found on facebook nor any other social media in violation of due process. And seek awards of all damages within this complaint.

19.The state last inspection on this facility was July 2018 and no further check ups were made. The state found serious violations at that time, that were not ever corrected. The county should have been aware of these violations and should never have placed the plaintiff there, nor should Jerry Theodore McCallup Jr. have been placed in any hospital. His Doctor sister could have taken him home or to a better care facility.

20.Nor should defendants send any person to these violating defendants for any care, hospice care or post care of any kind. The State should care about seniors and not conspire in senior abuse, elder abuse and violation to medicare medicade spending, medicade.

21. The Williamsburg Judge is included as a defendant because he knew all parties wasn't served/found/included. And the Judge defendant is the only Judge in town and when plaintiff attempted to file the wrongful death lawsuit in 2019, this Judge would return the documents without filing. Plaintiff went to Virginia and personally filed the lawsuit and the Judge refused to allow plaintiff to file the Lawsuit. Plaintiff a 3rd time filed the rejected lawsuit and the Judge refused to allow plaintiff to file the lawsuit and WOULDN'T tell plaintiff why after 3-4 times.

22. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate. Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

**CLAIM XXXIX OBSTRUCTION OF EVIDENCE, DEPRIVING EVIDENCE, DESTROYING EVIDENCE** Damage Demand $5,000,000.00

Defendants: Williamsburg Department of Human Services social services Division, Scarlett Huang (compliance officer) Envoy of Williamsburg, Department of Human Services social services Division , Scarlett Huang (compliance officer)  Envoy of Williamsburg, Wendy Evans Williamsburg human services,  Brittany Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore McCallup III, Deborah Al-Jarboua, Jeremy Mccallup Jeremy McCallup Wife, Fahad Al-Jarboua , County of James city county

1. Plaintiff affirms all aforesaid and state:

2. Defendant Jeremy Mccallup hid Plaintiff Jerry Mccallup Jr in motels when Plaintiff had enough money to maintain the Virginia house and or the apartment at Merrimac crossing.

3. Defendant Jeremy McCallup and Deborah Al-Jarboua and Fahad Al-Jarboua wanted the plaintiff Jerry Theodore McCallup Jr money and told defendant Williamsburg Human services that Plaintiff Jerry Theodore McCallup JR was going to pay him $1,500.00 a month. There was NO WAY Plaintiff Jerry Theodore McCallup JR was going to pay Defendant Jeremy McCallup $1,500.00 before Defendant Jerry Theodore McCallup III. But Defendant Jeremy Mccallup Had **intentionally incapacitated** plaintiff Jerry Theodore McCallup JR and blocked any and all abilities for Dr. Veronica McCallup DSc and defendant Jerry Theodore McCallup III from reaching Plaintiff Jerry Theodore McCallup JR.

4. Plaintiff has requested records and medical records treatments and hospitalizations from defendants since May 2019 and defendants have refused Plaintiffs estate.

5. Plaintiff estate traveled to defendants in persons and defendants assure plaintiff that; the records would be collected and forwarded to plaintiff. However, defendant "Ciere" places plaintiff estate on indefinite holds on the phone and run-a-rounds, not connecting to defendant Brian Stevenson, who stood in the hall way looking and listening to plaintiffs estate and knew the request for records and documents, had been faxed and personally delivered, but, he continues to ignore plaintiffs, like he has ignore the ENVOY of Williamsburg and has the facility in major state violations. And like, he is part cause, of another death, of another man; at the ENVOY of Williamsburg VA for ignoring/negligence he is a responsible party in this death of this plaintiff.

6. Plaintiffs', Facebook messaged and actually wrote on defendants facebook page; requesting information about brothers death; and all defendants BLOCKED plaintiffs on all social media. Even Mikala McCallup Blocked Plaintiffs on all social media pages.

-72-

7. Plaintiffs contacted Fort Braggs Military base where defendant Fahad Al-Jarboua is a recruiting sergeant in North Carolina. Plaintiff explain that Plaintiff had died and that Defendant Fahad Al-Jarboua was coming to Envoy acting like the son and prescribing medication and approving medical treatments in uniform. This mis-leading act is illegal and actionable. Fort Briggs said they would reach out to the soldier and they did, defendant Fahad Al-Jarboua had someone call plaintiff from a north Carolina number. Plaintiff explained that "my brother died, I'm just finding out. can you tell me what happened. "and the party from North Carolina said : "you have the wrong number". Fort Braggs gave them my number after they looked up the soldier name rank serial number. It wasn't the wrong number. He's their soldier.

8. AS a Result of these defendants actions they Caused the Death of Jerry Theodore McCallup Jr. and injured plaintiffs, and thereby plaintiffs seek all the aforesaid damages.

9. Plaintiffs are also seeking court marshal of soldiers involved and imprisonment of drug administrators cops doctors nurses Deborah Al-jarboua and all others involve at social services "Evans and Britany Moore and the Judge removed from all cases/ retired.

10. Wherefore, causing plaintiffs damages, grief, undue stressors, emotional distress, fees, fines sabotaging plaintiffs statue of limitations, obstructing Justice. And plaintiff is entitled to damages demanded herein of $3,000,000.00 PLUS Punitive damages and the courts have held that pro per litigants can receive attorney type fees for litigations/working, just like in probate matters; the administrator is paid for all hours worked on the estate. Plaintiff Dr Veronica McCallup DSc is Plaintiff's Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

-73-

**CLAIM XXXVI DEPRIVAL OF MEDICAL CARE**. 3 million dollars is
DEMANDED .
Defendants: Williamsburg Department of Human Services social
services Division Scarlett Huang (compliance officer), Envoy of
Williamsburg, Department of Human Services social services
Division , Scarlett Huang (compliance officer)  Envoy of
Williamsburg, Wendy Evans Williamsburg human services,  Brittany
Moore, Consulate Heath Care, Sentara Health Care, Jerry Theodore
McCallup III, Deborah Al-Jarboua, Jeremy Mccallup
Jeremy McCallup Wife, Fahad Al-Jarboua , James City County

1. Plaintiff re-affirms all the aforesaid herein and state:
2. Plaintiff's sister is a doctor and the sister could have taken
plaintiff with sister to be medically treated in another state.
Plaintiff is also Native Indian and there are 10 tribes in the
surrounding Virginia area, with medicine men, but none was
contacted. Plaintiff sister called all the tribes and spoke to
the chiefs. It was obvious that Envoy of Williamsburg COULDN'T
care for plaintiff and no-other person because one died in the
same week of plaintiff and in September 2019 all patients were
removed. Even after covid 19 onset and Envoy of williamsburg
reopening, the defendants fail to give plaintiff due process and
rights.

3. Many doctors prescribe rehab for patients. Ive seen severe head
injuries and paraplegic. Defendants offered no rehab, they
offered no alternatives, they didn't even contact doctor
relatives.
4. Wrongful Death due to a preventable medical error and the
reckless/negligent behavior of defendants.
5. Wrongful death and Patient Rights

6.Time after time after time the medical staff failed to properly obtain medical care out side of Virginia and give Plaintiff Jerry Theodore McCallup Jr, the best care.

7.Callous indifference to Native Americans.

On or about February and April and May of 2020 Plaintiff personally walked into Envoy of Williamsburg and requested records and documents. This is September 7, 2020 and Plaintiff hasn't received them to date. I declare under penalty of perjury this is true and correct.

8. Plaintiff Jerry Theodore McCallup Jr repeatedly requested sister, Dr. Veronica McCallup DSc and defendants refused to locate plaintiff. (Beneficiary, Power of Attorney, Medical Power of Attorney). He would have moved in with his sister.

9.Plaintiffs are Native American Indians who have been to college and Universities exceeding associate degrees in Science Technology and Medicine. Plaintiffs had a business together that they ran from Detroit Michigan. Chicago, IL, California, and Texas. Plaintiff CTI Chemicals and Allied Products, Inc. The killing, poisoning, hindering, blocking of plaintiffs contact with sister and business, obstruction, Interference was malicious and intentional, willful and wonton.

10.Defendants Never had Jurisdiction to place plaintiff under ADULT PROTECTIVE SERVICES, and defendants never gave notice to all the family and plaintiffs; that there was court hearings or to any court hearing or court action.  to place plaintiff under protective services was unlawful and done by NON_FAMILY MEMBERS in co=conspiracy with Williamsburg social services and defendant Britany Moore. under these deprival of rights and lack of due process; plaintiff died and defendants basically KIDNAPPED plaintiff and forced death upon Plaintiff. The (Al-Jarboua's are NOT family members. The Cubans and Arabs are NOT family members, they pretended to be plaintiff "wife" (x-wife, plaintiff WASN'T married) and plaintiff son in Colorado (plaintiff son in Colorado wasn't in Virginia)). Jeremy McCallup was a married man and caused Jerry Theodore McCallup Jr williamsbug house to go into forclosure by deception. (the bills were paid, everything was taken care of,….)Plaintiff Jerry Theodore McCallup Jr had a monthly income of $3,400.00-$4,900.00 and had 20 years of equity in the house. Theres no reason to lose the home except Defendant Jeremy McCallup , Fahad Al-jarboua and Deborah Al-jarboua scheme. Defendant Jeremy McCallup was 20- 22 years old and had gotten married and wanted the house.

11. Defendants were discriminating against Plaintiff and forcing death upon plaintiff; because of his race, creed, nationality and culture. On plaintiff birth certificate and death certificate it documents that plaintiff is a native American, an Indian. Plaintiff health could be treated with diet.

12. Plaintiffs recently learned that defendants used and allowed defendants Deborah Al- Jarboua, Fahad Al-Jarboua and Jeremy McCallup to pretend to be and to steal the identity of and aggravated identity theft, of: plaintiffs: 1. X-wife 2. plaintiff son; in order, to locate plaintiff money, insurance policies and property.

13. Plaintiff learned that defendants wanted the plaintiff Jerry Theodore McCallup Jr dead/to die; to collect his money, bank accounts, insurances, and property and to ensure death, they blocked tricked, would not contact, plaintiff Jerry Theodore McCallup Jr. sis, Dr. Veronica Renee McCallup DSc who is a medical doctor and who has been treating plaintiff holistically until plaintiff met the Cubans/arabs (al-jarboua's).

14. Hospital records and social service records and State records and court records DOCUMENT; that, defendant Deborah S. Al-Jarboua was in continual contact with defendants and that defendant Brittany moore and her supervisor "Evans" and the James city county Williamsburg and Envoy of Williamsburg used the 3 defendants (Deborah Al-Jarboua, Fahad Al-Jarboua, Jeremy McCallup) recommendations to treat and medicate and kill plaintiff Jerry Theodore McCallup Jr.

15. Defendants Negligence caused another death during the same time frame, same location, same gender, same age group and under the same staff. This indicates that Defendant Scarlett Huag is in the morbid business and not compliance business. Two deaths with in a week of each other obviously indicate Envoy of Williamsburg is into murder.

16. All Defendants co-conspired to cause Plaintiffs death, even after plaintiff informed defendants he didn't take medications.

17. All Defendants Reckless and wanton conduct caused Plaintiffs wrongful death. All plaintiff's medical conditions could be treated with diet. Patients with Identical conditions are treated with diet ALL OVER THE WORLD.

18. Defendants of the Adult Protective Services division, abused power and co-conspired to cause plaintiff death with (the Cubans/Arabs Al-Jarboau's who are unauthorized persons violating HIPPA LAWS.

18. This wrongful death complaint cause of action, civil complaint has caused a. sorrow, b. mental anguish, c. loss of companionship and d. business partnership.

19. Plaintiff seeks Compensation for reasonably expected loss income from loss of business provided by the decedent.

20. Plaintiff seeks Expenses for the care and treatment and hospitalization of the decedent resulting in death and return of all expenses paid for unauthorized treatments and hospitalization.

21. Plaintiff seeks Funeral expenses and burial expenses because the cremation is in a bottle on the table.

10.    Plaintiff seeks Punitive Damages

11.    Plaintiff seeks compensatory damages

12.    Dr. Veronica McCallup DSc is Plaintiff Administrator and Executor and is also Plaintiffs Beneficiary and Power of attorney and Medical Power of Attorney. However, was not ever contacted, called, emailed, found on facebook nor any other social media in violation of due process. And seek awards of all damages within this complaint.

13.    The state last inspection on this facility was July 2018 and no further check ups were made. The state found serious violations at that time, that were not ever corrected. The county should have been aware of these violations and should never have placed the plaintiff there, nor should Jerry Theodore McCallup Jr. have been placed in any hospital. His Doctor sister could have taken him home or to a better care facility.

14.    Nor should defendants send any person to these violating defendants for any care, hospice care or post care of any kind. The State should care about seniors and not conspire in senior abuse, elder abuse and violation to medicare medicade spending, medicade.

15.    The Williamsburg Judge is included as a defendant because he knew all parties wasn't served/found/included. And the Judge defendant is the only Judge in town and when plaintiff attempted to file the wrongful death lawsuit in 2019, this Judge would return the documents without filing. Plaintiff went to Virginia and personally filed the lawsuit and the Judge refused to allow plaintiff to file the Lawsuit. Plaintiff a 3rd time filed the rejected lawsuit and the Judge refused to allow plaintiff to file the lawsuit and WOULDN'T tell plaintiff why after 3-4 times.

**CLAIM XXXX Wrongful Death due to a preventable medical error and the reckless/negligent behavior of defendants**. DEMAND

$3,000,000.00 MILLION DOLLARS

2. Wrongful death and Patient Rights

3.Time after time after time the medical staff failed to properly
obtain medical care out side of Virginia and give Plaintiff Jerry
Theodore McCallup Jr, the best care.

4.Callous indifference to Native Americans.

16.     5. Plaintiff Jerry Theodore McCallup Jr repeatedly
        requested sister, Dr. Veronica McCallup DSc and defendants
        refused to locate plaintiff. (Beneficiary, Power of
        Attorney, Medical Power of Attorney). He would have moved in
        with his sister.

17.     Plaintiffs are Native American Indians who have been to
        college and Universities exceeding associate degrees in
        Science Technology and Medicine. Plaintiffs had a business
        together that they ran from Detroit Michigan. Chicago, IL,
        California, and Texas. Plaintiff CTI Chemicals and Allied
        Products, Inc. The killing, poisoning, hindering, blocking
        of plaintiffs contact with sister and business, obstruction,
        Interference was malicious and intentional, willful and
        wonton.

18.     Defendants Never had Jurisdiction to place plaintiff
        under ADULT PROTECTIVE SERVICES, and defendants never gave
        notice to all the family and plaintiffs; that there was
        court hearings or to any court hearing or court action.  to
        place plaintiff under protective services was unlawful and
        done by NON_FAMILY MEMBERS in co=conspiracy with
        Williamsburg social services and defendant Britany Moore.
        under these deprival of rights and lack of due process;
        plaintiff died and defendants basically KIDNAPPED plaintiff
        and forced death upon Plaintiff. The (Al-Jarboua's are NOT
        family members. The Cubans and Arabs are NOT family members,
        they pretended to be plaintiff "wife" (x-wife, plaintiff
        WASN'T married) and plaintiff son in Colorado (plaintiff son
        in Colorado wasn't in Virginia)). Jeremy McCallup was a
        married man and caused Jerry Theodore McCallup Jr
        williamsbug house to go into forclosure by deception. (the
        bills were paid, everything was taken care of,….)Plaintiff
        Jerry Theodore McCallup Jr had a monthly income of
        $3,400.00-$4,900.00 and had 20 years of equity in the house.
        Theres no reason to lose the home except Defendant Jeremy
        McCallup , Fahad Al-jarboua and Deborah Al-jarboua scheme.
        Defendant Jeremy McCallup was 20- 22 years old and had
        gotten married and wanted the house.

19.     Defendants were discriminating against Plaintiff and
        forcing death upon plaintiff; because of his race, creed,
        nationality and culture. On plaintiff birth certificate and
        death certificate it documents that plaintiff is a native

-78-

American, an Indian. Plaintiff health could be treated with diet.

20.     Plaintiffs recently learned that defendants used and allowed defendants Deborah Al- Jarboua, Fahad Al-Jarboua and Jeremy McCallup to pretend to be and to steal the identity of and aggravated identity theft, of: plaintiffs: 1. X-wife 2. plaintiff son; in order, to locate plaintiff money, insurance policies and property.

21.     Plaintiff learned that defendants wanted the plaintiff Jerry Theodore McCallup Jr dead/to die; to collect his money, bank accounts, insurances, and property and to ensure death, they blocked tricked, would not contact, plaintiff Jerry Theodore McCallup Jr. sis, Dr. Veronica Renee McCallup DSc who is a medical doctor and who has been treating plaintiff holistically until plaintiff met the Cubans/arabs (al-jarboua's).

22.     Hospital records and social service records and State records and court records DOCUMENT; that, defendant Deborah S. Al-Jarboua was in continual contact with defendants and that defendant Brittany moore and her supervisor "Evans" and the James city county Williamsburg and Envoy of Williamsburg used the 3 defendants (Deborah Al-Jarboua, Fahad Al-Jarboua, Jeremy McCallup) recommendations to treat and medicate and kill plaintiff Jerry Theodore McCallup Jr.

23.     Defendants Negligence caused another death during the same time frame, same location, same gender, same age group and under the same staff. This indicates that Defendant Scarlett Huag is in the morbid business and not compliance business. Two deaths with in a week of each other obviously indicate Envoy of Williamsburg is into murder.

24.     All Defendants co-conspired to cause Plaintiffs death, even after plaintiff informed defendants he didn't take medications.

25.     All Defendants Reckless and wanton conduct caused Plaintiffs wrongful death. All plaintiff's medical conditions could be treated with diet. Patients with Identical conditions are treated with diet ALL OVER THE WORLD.

26.     Defendants of the Adult Protective Services division, abused power and co-conspired to cause plaintiff death with (the Cubans/Arabs Al-Jarboau's who are unauthorized persons violating HIPPA LAWS.

27.     This wrongful death complaint cause of action, civil complaint has caused a. sorrow, b. mental anguish, c. loss of companionship and d. business partnership.

28.     Plaintiff seeks Compensation for reasonably expected loss income from loss of business provided by the decedent.

29.    Plaintiff seeks Expenses for the care and treatment and
hospitalization of the decedent resulting in death and
return of all expenses paid for unauthorized treatments and
hospitalization.
30.    Plaintiff seeks Funeral expenses and burial expenses
because the cremation is in a bottle on the table.
31.    Plaintiff seeks Punitive Damages
32.    Plaintiff seeks compensatory damages
33.    Dr. Veronica McCallup DSc is Plaintiff Administrator
and Executor and is also Plaintiffs Beneficiary and Power of
attorney and Medical Power of Attorney. However, was not
ever contacted, called, emailed, found on facebook nor any
other social media in violation of due process. And seek
awards of all damages within this complaint.
34.    The state last inspection on this facility was July
2018 and no further check ups were made. The state found
serious violations at that time, that were not ever
corrected. The county should have been aware of these
violations and should never have placed the plaintiff there,
nor should Jerry Theodore McCallup Jr. have been placed in
any hospital. His Doctor sister could have taken him home or
to a better care facility.
35.    Nor should defendants send any person to these
violating defendants for any care, hospice care or post care
of any kind. The State should care about seniors and not
conspire in senior abuse, elder abuse and violation to
medicare medicade spending, medicade.
36.    The Williamsburg Judge is included as a defendant
because he knew all parties wasn't served/found/included.
And the Judge defendant is the only Judge in town and when
plaintiff attempted to file the wrongful death lawsuit in
2019, this Judge would return the documents without filing.
Plaintiff went to Virginia and personally filed the lawsuit
and the Judge refused to allow plaintiff to file the
Lawsuit. Plaintiff a 3rd time filed the rejected lawsuit and
the Judge refused to allow plaintiff to file the lawsuit and
WOULDN'T tell plaintiff why after 3-4 times.

37.    Wherefore, causing plaintiffs damages, grief, undue
stressors, emotional distress, fees, fines sabotaging
plaintiffs statue of limitations, obstructing Justice. And
plaintiff is entitled to damages demanded herein of
$3,000,000.00 PLUS Punitive damages and the courts have held
that pro per litigants can receive attorney type fees for
litigations/working, just like in probate matters; the
administrator is paid for all hours worked on the
estate.Plaintiff Dr Veronica McCallup DSc is Plaintiff's

Jerry Theodore McCallup JR Beneficiary and Power of attorney and medical Power of Attorney documented with the military and other courts in other states including Virginia. No court, no hospital, NO action concerning Plaintiff Jerry Theodore McCallup JR. can precede without Plaintiff Dr. Veronica McCallup DSc.

38.

## IV. Relief 80.1 million dollars plus funeral expenses burial and travel

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or Punitive money damages. Plaintiff demands all property of Jerry Theodore McCallup JR cars homes land bank accounts credit unions and all stated and alluded to herein.

Respectfully submitted                     Dr. Veronica Mccallup DSc

Plaintiff In Propria persona

I declare under Penalty of Perjury That ALL herein this COMPLAINT is to best of my ability and true and correct, this the September 7st, 2020

Sincerely,

Dr. Veronica McCallup DSc
Plaintiff In Pro per

**Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will

1  likely have evidentiary support after a reasonable opportunity
2  for further investigation or discovery; and (4) the complaint
   otherwise complies with the requirements of Rule 11.
3
   **A. For Parties Without an Attorney**
4  I agree to provide the Clerk's Office with any changes to my
   address where case-related papers may be served. I understand
5  that my failure to keep a current address on file with the
6  Clerk's Office may result in the dismissal of my case.
   Date of signing: September 7, 2020
7  Signature of Plaintiff
   Printed Name of Plaintiff: Dr. Veronica McCallup DSc
8
9  **For Attorneys**
   Date of signing: September 7, 20120
10 Signature of Attorney:
   Printed Name of Attorney: Dr. Veronica McCallup DSc
11 Bar Number: Pro Pro
12 Name of Law Firm: Estate of Jerry Theodore McCallup Jr
   Street Address: 1042 N. Mountain Ave
13 State and Zip Code: California 91786
   Telephone Number: 504-405-6513
14 E-mail Address: vmccallup@yahoo.com
15
16
17 Respectfully submitted        Dr. Veronica Mccallup DSc
18                                Plaintiff In Propria persona
19
20              CERTIFICATE OF SERVICE
21 I, Dr. Veronica McCallup DSc have served all parties at last
22 known addresses and electronically where possible. All
23 Governments waive service. Done this the September 7th 2020
24 I declare under penalty of perjury this is true and correct.
25 Sincerely,
26 Dr. veronica McCallup DSc
27 Plaintiff In Propria Persona
28

-82-